FILED

18 OCT 31 PM 4: 12

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  ᵁᶜ                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    v.

JACOB BYCHAK,
MARK MANOOGIAN,
MOHAMMED ABDUL QAYYUM,
PETR PACAS,

         Defendants.

Case No. **18 CR 4683 GPC**

**NOTICE OF RELATED CASE**

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to *United States v. Daniel Dye*, Case No. 18-CR-0822-GPC, and *United States v. Vincent Tarney,* Case No. 18-CR-3469-GPC, pursuant to Local Rule 57.2.1, Related Cases.  The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

✓ (2) Prosecution against different defendants arises from:

    _____ (a) A common wiretap

    _____ (b) A common search warrant

    ✓ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: __10/29/18__ .

ADAM L. BRAVERMAN
United States Attorney