# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 0 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Jacob Bychak (1)

**WARRANT FOR ARREST**

Case Number: 18-cr-4683-GPC-1

80678-298

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jacob Bychak (1)___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☒ Pretrial Violation

charging him or her with (brief description of offense):
18:371 – Conspiracy
18:1343 – Wire Fraud
18:1037(a)(5),(b)(2)(C) – Electronic Mail Fraud
18:2 – Aiding and Abetting
18:981(a)(1)(C),982(a)(1),1037(c);28:2461(c) – Criminal Forfeiture

DATE: 10/6/18  ARRESTED BY: Self surrender
STEVEN C. STAFFORD
U.S. MARSHAL S/CA
BY: _____

RECEIVED U.S. MARSHALS-S/CA
18 OCT 31 PM 4:

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                              Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

s/ L. Cervantes                           10/31/2018; San Diego, CA
Signature of Deputy                       Date and Location

Bail fixed at $ ___No Bail___  by  The Honorable Karen S. Crawford
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |