LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
         jessica@davidwiechertlaw.com
         william@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

Attorney for Defendant
Mark Manoogian

BIENERT, MILLER & KATZMAN, PLC
James Riddet, SBN 39826
Thomas H. Bienert, Jr., SBN 135311
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: jriddet@bmkattorneys.com
         tbienert@bmkattorneys.com
         wbernstein@bmkattorneys.com

Attorneys for Defendant
Mohammed Abdul Qayyum

BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG RHOW P.C.
Gary Lincenberg, SBN 123058
Naeun Rim, SBN 263558
1875 Century Park East, Floor 23
Los Angeles, California 90067
Telephone: (310) 201-2100
Email: gsl@birdmarella.com
       nrim@birdmarella.com

Attorneys for Defendant
Petr Pacas

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**NOTICE OF MOTION AND MOTION FOR BILL OF PARTICULARS**<br><br>Hearing Date:  December 7, 2018<br>Hearing Time: 10:30 a.m.<br>Department:    Courtroom 2D |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2018 at 10:30 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") will, and hereby do, move the Court for an order requiring the government to file a bill of particulars fully identifying:

1. All Internet Protocol ("IP") addresses the government contends were fraudulently obtained by any of the defendants, coconspirators, or any persons or entities acting on behalf of the defendants or their alleged coconspirators;

2. All letters, by date, author, and recipient, sent to hosting companies that fraudulently stated that the letter bearer had been authorized by the registrants of the inactive IP addresses to use those inactive addresses, as alleged in paragraphs 2(b), 6, and 9 of the Indictment;

3. All "spam" emails, by date, sender, recipient, and subject, referenced in paragraphs 2(c), 7, 8, and 9 of the Indictment;

4. All emails, by date, sender, recipient, and subject, that purportedly satisfy the jurisdictional requirements of 18 U.S.C. §§ 1037(a)(5) and (b)(2)(C), as alleged in paragraph 9 of the Indictment; and

5. All business names, post office boxes, and email addresses by which defendants purportedly "concealed" their activities as referenced in paragraph 8 of the Indictment.

6. The amount and derivation of the proceeds, by defendant, traceable to the 18 U.S.C. § 1343 and 18 U.S.C. § 1037(a)(5) offenses referenced in the Criminal Forfeiture Allegations section of the Indictment.

This Motion is made pursuant to Federal Rule of Criminal Procedure 7(f) so that defendants may: (1) be adequately apprised of the nature and scope of the allegations

against them; (2) have an adequate opportunity to prepare their defense for trial; and (3) avoid prejudicial surprise at trial.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed in support thereof, the Indictment, and such other and further argument and evidence as may be presented to the Court at the hearing on this matter.

Respectfully submitted:

Dated: November 21, 2018          LAW OFFICE OF DAVID W. WIECHERT

By: s/*David W. Wiechert*
    David W. Wiechert
    Jessica C. Munk
    William J. Migler
    Attorneys for Defendant
    Jacob Bychak

Dated:  November 21, 2018         MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By: s/*Randy K. Jones*
    Randy K. Jones
    Attorney for Defendant
    Mark Manoogian

| | | |
|---|---|---|
| 1 | Dated: November 21, 2018 | BIENERT, MILLER & KATZMAN, PLC |
| 2 | | |
| 3 | | |
| 4 | | By: s/*Whitney Z. Bernstein*_____ |
| 5 | | James Riddet |
| | | Thomas H. Bienert, Jr. |
| 6 | | Whitney Z. Bernstein |
| 7 | | Attorneys for Defendant |
| | | Mohammed Abdul Qayuum |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Dated: November 21, 2018 | BIRD MARELLA BOXER WOLPERT NESSIM |
| 12 | | DROOKS LINCENBERG RHOW P.C. |
| 13 | | |
| 14 | | |
| 15 | | By: s/*Gary Lincenberg*_____ |
| | | Gary Lincenberg |
| 16 | | Naeun Rim |
| 17 | | Attorneys for Defendant |
| | | Petr Pacas |

5

NOTION OF MOTION AND MOTION FOR BILL OF PARTICULARS

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of the Law Office of David W. Wiechert, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On November 21, 2018, I served the forgoing documents, described as **NOTICE OF MOTION AND MOTION FOR BILL OF PARTICULARS** on all interested parties as follows:

[ ]   **BY MAIL:**  I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   **BY E-MAIL:**  I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[ ]   **BY PERSONAL SERVICE:**  I personally delivered the document listed above to the persons at the address set forth below.

[X]   **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2018, at San Juan Capistrano, California.


                            /s/*Danielle Dragotta*
                            Danielle Dragotta