LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com
       jessica@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK,<br><br>    Defendant. | Case No. 18-CR-4683-GPC-1<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANT JACOB BYCHAK'S WAIVER OF APPEARANCE FOR HEARING ON FEBRUARY 14, 2019**<br><br>Hearing Date: February 14, 2019<br>Hearing Time: 1:00 p.m.<br>Department:   Courtroom 2D |

    I, Jacob Bychak, having been advised of my rights, and pursuant to Fed. R. Crim. P. 43(b)(3), hereby waive my rights to be present at the upcoming February 14, 2019, 1:00 p.m. hearing on the government's motion for protective order.

    I hereby acknowledge that I am to next appear in the United States District Court for the Southern District of California on April 19, 2019, at 1:00 p.m. for a motion hearing before Judge Gonzalo P. Curiel in Courtroom 2D.

Dated: February 5, 2019

                                                                           Jacob Bychak

1  Dated: February 5, 2019                    LAW OFFICE OF DAVID W. WIECHERT

4                                    By:   s/*Jessica C. Munk*
5                                           David W. Wiechert
                                            Jessica C. Munk
6                                           Attorneys for Jacob Bychak

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of the Law Office of David W. Wiechert, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On February 5, 2019, I served the forgoing documents, described as **DEFENDANT JACOB BYCHAK'S WAIVER OF APPEARANCE FOR HEARING ON FEBRUARY 14, 2019** on all interested parties as follows:

[ ]   **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[ ]   **BY PERSONAL SERVICE:** I personally delivered the document listed above to the persons at the address set forth below.

[X]   **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2019, at San Juan Capistrano, California.

/s/*Danielle Dragotta*
Danielle Dragotta