MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Email: rkjones@mintz.com

*Attorney for Defendant Mark Manoogian*

LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
       jessica@davidwiechertlaw.com
       william@davidwiechertlaw.com

*Attorneys for Defendant Jacob Bychak*

Additional counsel on next page

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>Defendants. | Case No. 18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br>Date: February 22, 2019<br><br>**ORDER TO CONTINUE DEADLINE FOR BRIEFING OF SUPPLEMENTAL ISSUES** |

1  BIRD MARELLA BOXER WOLPERT NESSIM
   DROOKS LINCENBERG RHOW P.C.
2  Gary Lincenberg, SBN 123058
   Naeun Rim, SBN 263558
3  1875 Century Park East, Floor 23
   Los Angeles, CA 90067
4  Telephone: (310) 201-2100
   Email:  gsl@birdmarella.com
5          nrim@birdmarella.com

6  *Attorneys for Defendant Petr Pacas*

7  BIENERT, MILLER & KATZMAN, PLC
   James Riddet, SBN 39826
8  Thomas H. Bienert, Jr., SBN 135311
   Whitney Z. Bernstein, SBN 304917
9  903 Calle Amanecer, Suite 350
   San Clemente, CA 92673
10 Telephone: (949) 369-3700
   Email:  jriddet@bmkattorneys.com
11         tbienert@bmkattorneys.com
           wbernstein@bmkattorneys.com
12
   *Attorneys for Defendant
13 Mohammed Abdul Qayyum*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 18-cr-04683-GPC
JOINT MOTION TO CONTINUE DEADLINE FOR BRIEFING
OF SUPPLEMENTAL ISSUES

1  For good cause shown, Defendants' deadline to serve and submit motions and
2  briefing of supplemental issues, currently set for February 22, 2019, shall be
3  continued to March 15, 2019; the Government's deadline to serve and submit any
4  responses to motions and briefs regarding supplemental issues, currently set for
5  March 8, 2019, shall be continued to March 29, 2019; Defendants are granted leave
6  to file a reply by April 12, 2019; and the motion hearing on supplemental motions
7  will be held as initially scheduled, on April 19, 2019, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated:  February 22, 2019

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge