1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No.  18CR4683-GPC |
|---|---|
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| JACOB BYCHAK (1)<br>MARK MANOOGIAN (2)<br>MOHAMMED QAYYUM (3)<br>PETR PACAS (4) | |
| Defendant. | |

WHEREBY the Court, having reviewed the pleadings filed on February 1, 4, and 8, 2019, and heard argument on January 25, 2019, and February 14, 2019, regarding the need for a protective order for portions of the discovery in this case, and finding good cause therein,

IT IS HEREBY ORDERED that the defendants, counsel of record, and the counsel's assistants, as hereafter defined, shall not disclose the Discovery Material received from the Government in the above-captioned matter after the date of this order, (hereinafter, "the Discovery Material"), to any third party not charged in this litigation without prior approval of this Court.  The Discovery Material referred to in this Order is limited to: (1) records obtained from an internet service provider, which include email addresses, header information and content, and (2) records obtained from a mail receiving and/or forwarding agency, which include personal identifying information, and financial information.  This

order shall not apply to any other discovery unless the Court issues a separate protective order.

IT IS FURTHER ORDERED that the United States Attorney, Assistant United States Attorneys, and Trial Attorneys for the Department of Justice assigned to this case (hereafter collectively referred to as "the Government") and their assistants, the defendants, counsel of record and counsel's assistants, shall not disclose the substance of the Discovery Materials, unless such material is already a matter of public record, to representatives of the media.

Nothing contained herein shall prevent the Government, or any defendant or counsel of record, from disclosing the Discovery Material to any other attorneys working for the Government, the defendants or counsel of record, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendants and counsel of record (collectively referred to as "assistants") in the investigation or preparation of this case or in other criminal investigations without prior court order.  This order expressly prohibits the disclosure of the Discovery Material to all representatives of Company A (as referenced in the Indictment), legal or business, not charged in the instant case without first obtaining an order from this Court allowing for such disclosure.

Nothing contained herein shall preclude the Government, the defendants or counsel of record, or respective assistants from conducting a normal investigation of the facts of this case on behalf of the Government or said defendant, or from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by the Discovery Materials, or from taking statements from witnesses disclosed by the Discovery Materials, or from asking said witnesses if they themselves have made prior statements to the Government that are not disclosed in the Discovery Materials, and about the contents of such statements.  In connection with any such investigation, it shall not be necessary that the Government, the defendant or counsel of record, or counsel's respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, the Discovery Materials received and any copies derived therefrom shall be provided to new counsel and remain subject to this order.  Counsel that withdraw or otherwise cease to work on this case shall not retain originals or copies of any protected Discovery Materials.

Defense counsel and the Government shall be required to communicate the substance of this order and explain it to the client and assistants before disclosing the substance of the Discovery Materials to the client or assistants.

**SO ORDERED.**

Dated:  March 6, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge