UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>Defendants. | CASE NO.:  18-CR-4683-GPC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF 25 PAGES**<br><br>[ECF No. 68.] |

Defendants have moved for leave to file motions in excess of 25 pages. Defendants have not proposed the number of motions they intend to file, why more than 25 pages is warranted for each motion, or specifically, how many pages per motion are reasonable given the issues raised.  As a result, it is hereby **ORDERED** that Defendants' Motion for Leave to File Motions in Excess of 25 Pages is **DENIED** without prejudice.

Dated: March 18, 2019

Hon. Gonzalo P. Curiel
United States District Judge