1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>Defendants. | CASE NO.:   18-CR-4683-GPC<br><br>**ORDER VACATING ECF NO. 72 AND GRANTING ECF NO. 68**<br><br>[ECF No. 68.] |

The Court previously issued an order denying Defendants' motion for leave to file motions in excess of 25 pages, noting that the motion did not clarify the nature or number of any such motions. (ECF No. 72.) The Court now understands that Defendants' motion pertained to their motions (1) to dismiss the indictment as void for vagueness (ECF No. 69); (2) to dismiss based on the government misadvising the grand jury on the law (ECF No. 69), and (3) to compel discovery relating to confidential informant (ECF No. 70). The Court agrees that there is good cause to expand the page limits as to those three motions, and as a result, **VACATES** its earlier order (ECF No. 72), and **GRANTS** Defendants' Motion for Leave to File Motions in Excess of 25 Pages (ECF No. 68).

egment

| | |
|---|---|
| 1 | Dated: March 20, 2019 |
| 2 | |
| 3 | Hon. Gonzalo P. Curiel |
|   | United States District Judge |