UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>Defendants. | CASE NO.  18-CR-4683-GPC<br><br>**FINDINGS AND ORDER REGARDING SPEEDY TRIAL ACT** |

Having read and considered the stipulation of the parties, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the Court finds, due to the large amount of discovery produced, and the existence of novel questions of law and fact, the case is so unusual and complex it is unreasonable to expect adequate preparation for trial within the time limits established by Section 3161 of Title 18 of the United States Code.  The Court further finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.

Thus, **IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the date set for trial in this matter may be continued beyond the current maximum trial date available under the Speedy Trial Act, to a date set at the hearing on the motions on April 19, 2019.

**IT IS SO ORDERED.**

Dated: 04/08/19     By: _____

HONORABLE GONZALO P. CURIEL
United States District Court Judge