# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JACOB BYCHAK (1)<br>MARK MANOOGIAN (2)<br>MOHAMMED ABDUL QAYYUM, (3) and<br>PETR PACAS (4),<br><br>        Defendants. | Case No. 18cr4683-GPC<br><br>**ORDER ALLOWING THE GOVERNMENT TO FILE EX PARTE DECLARATION UNDER SEAL REGARDING THE NEED FOR A PROTECTIVE ORDER** |
|---|---|

WHEREBY, the court, having read and considered the Government's Motion to allow the filing of an *ex parte* declaration under seal in support of its response and opposition to defendants' motion to modify the protective order, and finding good cause therein;

**IT IS HEREBY ORDERED** that the Government may file a declaration, *ex parte* and under seal, in support of its response and opposition to the defendants' motion to modify the protective order.

Dated: April 15, 2019

Hon. Gonzalo P. Curiel
United States District Judge