LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
jessica@davidwiechertlaw.com
william@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS, <br><br> Defendants. | CASE NO. 3:18-cr-04683-GPC <br><br> **ACKNOWLEDGMENT OF NEXT COURT DATE** <br><br> Assigned to Hon. Gonzalo P. Curiel |

DEFENDANT JACOB BYCHAK, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, April 30, 2019 at 1:00 p.m. in the above-captioned matter.

1  DATED:  April 18, 2019            LAW OFFICE OF DAVID W. WIECHERT

2

3

4                                    By:  *s/ Jessica C. Munk*
                                         Jessica C. Munk
5                                        Attorneys for Defendant Jacob Bychak

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  LAW OFFICE OF DAVID W. WIECHERT
   David W. Wiechert, SBN 94607
2  Jessica C. Munk, SBN 238832
3  William J. Migler, SBN 318518
   27136 Paseo Espada, Suite B1123
4  San Juan Capistrano, CA 92675
5  Telephone: (949) 361-2822
   Email: dwiechert@aol.com
6          jessica@davidwiechertlaw.com
7          william@davidwiechertlaw.com

8  Attorneys for Defendant
9  Jacob Bychak

10                  **UNITED STATES DISTRICT COURT**
11                  **SOUTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13  UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
| 14                Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| 15        vs. | Assigned to Hon. Gonzalo P. Curiel |
| 16  JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS. | |
| 18                Defendants. | |

20     I, Jacob Bychak, hereby acknowledge the next court date in the above-
21  captioned matter is scheduled on Thursday, April 30, 2019 at 1:00 p.m. I hereby
22  promise to appear before the Honorable Court on that date and at that time without
23  further notice.
24
25
   Date: April 18, 2019          _____
26                                      JACOB BYCHAK
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

DATED: April 18, 2019

Respectfully submitted,

LAW OFFICE OF DAVID W. WIECHERT

By: *s/ Jessica C. Munk*
Jessica C. Munk
Attorneys for Defendant Jacob Bychak