LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
         jessica@davidwiechertlaw.com
         william@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>                Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

DEFENDANT JACOB BYCHAK, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, August 1, 2019 at 9:30 a.m. in the above-captioned matter.

1  DATED: May 1, 2019 LAW OFFICE OF DAVID W. WIECHERT
2
3
4 By: *s/ Jessica C. Munk*
   Jessica C. Munk
5    Attorneys for Defendant Jacob Bychak
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2  Case No. 3:18-cr-04683-GPC
ACKNOWLEDGMENT OF NEXT COURT DATE

1  LAW OFFICE OF DAVID W. WIECHERT
   David W. Wiechert, SBN 94607
2  Jessica C. Munk, SBN 238832
3  William J. Migler, SBN 318518
   27136 Paseo Espada, Suite B1123
4  San Juan Capistrano, CA 92675
5  Telephone: (949) 361-2822
   Email: dwiechert@aol.com
6         jessica@davidwiechertlaw.com
7         william@davidwiechertlaw.com

8  Attorneys for Defendant
9  Jacob Bychak

10                  **UNITED STATES DISTRICT COURT**
11                  **SOUTHERN DISTRICT OF CALIFORNIA**
12

13 | UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
14 | Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
15 | vs. | Assigned to Hon. Gonzalo P. Curiel |
16 | JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS. | |
17 | | |
18 | Defendants. | |
19

20     I, Jacob Bychak, hereby acknowledge the next court date in the above-
21 captioned matter is scheduled on Thursday, August 1, 2019 at 9:30 a.m. I hereby
22 promise to appear before the Honorable Court on that date and at that time without
23 further notice.
24

25 Date: May 1, 2019                    _____
26                                              JACOB BYCHAK
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: May 2, 2019

LAW OFFICE OF DAVID W. WIECHERT

By: *s/ Jessica C. Munk*
Jessica C. Munk
Attorneys for Defendant Jacob Bychak