LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
        jessica@davidwiechertlaw.com
        william@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>        Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANT JACOB BYCHAK'S NOTICE OF WITHDRAWAL OF DOCUMENT NO. 94** |

TO THIS HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT Defendant Jacob Bychak, by and through his counsel, hereby withdraws his Acknowledgment of Next Court Date (Dkt. No. 94) as it was filed under the CM/ECF credentials of Attorney David W. Wiechert instead of Attorney Jessica C. Munk who signed the Acknowledgment. Defendant hereby requests the withdrawal of Docket No. 94. The Acknowledgment will be re-filed under the correct

CM/ECF credentials for Attorney Jessica C. Munk.

Respectfully submitted:

Dated: May 7, 2019                    LAW OFFICE OF DAVID W. WIECHERT

By:   /s/*David W. Wiechert*
          David W. Wiechert
          Jessica C. Munk
          William J. Migler
          Attorneys for Defendant
          Jacob Bychak

DEFENDANT'S NOTICE OF WITHDRAWAL OF DOCUMENT NO. 94

1

## <u>**CERTIFICATE OF SERVICE**</u>

2      Counsel for Defendants certify that the foregoing pleading has been

3 electronically served on the following parties by virtue of their registration with the

4 CM/ECF system:

5                                  Sabrina L. Feve

6                              Assistant U.S. Attorney

7                              sabrina.feve@usdoj.gov

8

9                                 Melanie K. Pierson

10                             Assistance U.S. Attorney

11                            melanie.pierson@usdoj.gov

12

13                                   Robert Ciaffa

14                             Assistant U.S. Attorney

15                             robert.ciaffa@usdoj.gov

16

17

18                                              Respectfully submitted,

19    DATED:  May 7, 2019

20                                              LAW OFFICE OF DAVID W. WIECHERT

21

22

23                                       By:  *s/ David W. Wiechert*
                                              _____
24                                              David W. Wiechert
                                              Attorney for Defendant Jacob Bychak
25

26

27

28

DEFENDANT'S NOTICE OF WITHDRAWAL OF DOCUMENT NO. 94