LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
        jessica@davidwiechertlaw.com
        william@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br>Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |
| --- | --- |

DEFENDANT JACOB BYCHAK, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, August 1, 2019 at 9:30 a.m. in the above-captioned matter.

1    DATED:  May 1, 2019                    LAW OFFICE OF DAVID W. WIECHERT

2

3

4                                          By:  *s/ Jessica C. Munk*
                                                Jessica C. Munk
5                                               Attorneys for Defendant Jacob Bychak

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2                  Case No. 3:18-cr-04683-GPC
                        ACKNOWLEDGMENT OF NEXT COURT DATE

1 | LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
2 | Jessica C. Munk, SBN 238832
3 | William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
4 | San Juan Capistrano, CA 92675
5 | Telephone: (949) 361-2822
Email: dwiechert@aol.com
6 |         jessica@davidwiechertlaw.com
7 |         william@davidwiechertlaw.com

8 | Attorneys for Defendant
9 | Jacob Bychak

10 | **UNITED STATES DISTRICT COURT**

11 | **SOUTHERN DISTRICT OF CALIFORNIA**

12 |

13 | UNITED STATES OF AMERICA,              CASE NO. 3:18-cr-04683-GPC

14 |              Plaintiff,               **ACKNOWLEDGMENT OF NEXT COURT DATE**

15 |         vs.                           Assigned to Hon. Gonzalo P. Curiel

16 | JACOB BYCHAK, MARK
MANOOGIAN, MOHAMMED
17 | ABDUL QAYYUM, AND PETR
PACAS.
18 |              Defendants.

19 |

20 |

21 |      I, Jacob Bychak, hereby acknowledge the next court date in the above-

22 | captioned matter is scheduled on Thursday, August 1, 2019 at 9:30 a.m. I hereby

23 | promise to appear before the Honorable Court on that date and at that time without

24 | further notice.

25 |

26 | Date: May 1, 2019                    _____
                                         JACOB BYCHAK

27 |

28 |

ACKNOWLEDGMENT OF NEXT COURT DATE

## CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED:  May 7, 2019

LAW OFFICE OF DAVID W. WIECHERT

By:  *s/ Jessica C. Munk*
Jessica C. Munk
Attorneys for Defendant Jacob Bychak

Case No. 3:18-cr-04683-GPC

ACKNOWLEDGMENT OF NEXT COURT DATE