# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, and PETR PACAS,<br><br>Defendants. | CASE NO.:   18-CR-4683-GPC<br><br>**ORDER GRANTING DEFENDANTS' JOINT MOTION TO CONTINUE RESPONSE TO GOVERNMENT'S DECLARATION [DKT. NO. 107] AND TO CONTINUE HEARING FOR MOTION TO DISMISS THE CAN-SPAM ACT COUNTS (COUNTS 6 THROUGH 10) OF THE INDICTMENT AS VOID FOR VAGUENESS** |

Having read and considered Defendants' Joint Motion to Continue Response to Government's Declaration [Dkt. No. 107] and to Continue Hearing for Motion to Dismiss the CAN-SPAM Act Counts (Counts 6 through 10) of the Indictment as Void for Vagueness,

**IT IS HEREBY ORDERED** that: (1) the deadline to file a response to the Government's Declaration of John Curran is continued from July 23, 2019 to August 20, 2019; (2) Defendants' Motion to Dismiss for Misadvising the Grand Jury will remain on calendar for argument on August 1, 2019, at 9:30 a.m., and the hearing date for the Motion to Dismiss for Void for Vagueness is continued to a date that will be determined by the Court at the August 1 hearing. Time remains excludable pursuant to 18 U.S.C. § 3161(h)(D).

**IT IS SO ORDERED.**

Dated: July 22, 2019

_Gonzalo Curiel_
Hon. Gonzalo P. Curiel
United States District Judge