LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
           jessica@davidwiechertlaw.com
           william@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-04683-GPC |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. | Assigned to Hon. Gonzalo P. Curiel |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS, | |
| Defendants. | |

DEFENDANT JACOB BYCHAK, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, October 24, 2019 at 1:00 p.m. in the above-captioned matter.

1 | DATED: August 5, 2019          LAW OFFICE OF DAVID W. WIECHERT
2
3
4                                  By:  *s/ Jessica C. Munk*
                                        Jessica C. Munk
5                                       Attorneys for Defendant Jacob Bychak

LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
       jessica@davidwiechertlaw.com
       william@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS.<br>         Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

I, Jacob Bychak, hereby acknowledge the next court date in the above-captioned matter is scheduled on Thursday, October 24, 2019 at 1:00 p.m. I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

Date: August 5, 2019              _____
                                              JACOB BYCHAK

# CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: August 5, 2019

LAW OFFICE OF DAVID W. WIECHERT

By: *s/ Jessica C. Munk*
Jessica C. Munk
Attorneys for Defendant Jacob Bychak