ROBERT S. BREWER, JR.
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California Bar No. 112520
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Email: Melanie.Pierson@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>MOHAMMED ABDUL QAYYUM (3),and<br>PETR PACAS, (4)<br><br>           Defendants. | Case No. 18cr4683-GPC<br><br>**NOTICE OF GOVERNMENT'S EX PARTE *IN CAMERA* SUBMISSION IN RESPONSE TO THE COURT'S ORDER OF AUGUST 1, 2019** |

   COMES NOW the plaintiff, United States of America, by and through its counsel, United States Attorney Robert S. Brewer, Jr. and Assistant U.S. Attorney Melanie K. Pierson, pursuant to the Court's order of August 1, 2019 (requiring production of legal instructions and colloquy given to the grand jury which returned the indictment in the above-referenced case) and hereby submits Notice of Filing, *ex parte* and under seal, Exhibit 1, attached hereto, consisting of the responsive transcripts, for *in camera* review.

   DATED: August 21, 2019        Respectfully submitted,

                                 ROBERT S. BREWER, JR.
                                 United States Attorney

                                 /s/*Melanie K. Pierson*
                                 Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18-CR4683-GPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JACOB BYCHAK (1), | ) | |
| MARK MANOOGIAN (2), | ) | |
| MOHAMMED ABDUL QAYYUM (3) | ) | |
| PETR PACAS (4) | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Government's Notice of Ex Parte In Camera Submission in Response to the Court's Order of August 1, 2019, without Exhibit 1, on the opposing party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2019.

s/ Melanie K. Pierson
MELANIE K. PIERSON