Attorney for   Jacob Bychak

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18-cr-04683-GPC |
| | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM and PETR PACAS | |

### NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jessica C. Munk has changed _____ names, _____ firms, ✓ addresses, _____ phone numbers, and/or ✓ fax numbers as follows.

Current contact information:

Law Office of David W. Wiechert
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675

Fax: 949-361-5722

DATED: 9/30/19                    Signature: /s/ J. Munk

## CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: September 30, 2019

LAW OFFICE OF DAVID W. WIECHERT

By: *s/ Jessica C. Munk*
Jessica C. Munk
Attorneys for Defendant Jacob Bychak