LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
jessica@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS.<br>Defendants. | CASE NO. 3:18-cr-04683-GPC<br>Assigned to Hon. Gonzalo P. Curiel<br><br>**DEFENDAT'S WAIVER OF APPEARANCE FOR HEARING ON NOVEMBER 20, 2019**<br><br>Date: November 20, 2019<br>Time: 12:00 p.m. |

I, Jacob Bychak, having been advised of my rights, and pursuant to Fed. R. Crim. P. 43(b)(3), hereby waive my right to be present at the upcoming November 20, 2019, 12:00 p.m. Status Hearing.

Dated: November 1, 2019                     _____
                                                                   JACOB BYCHAK

1                                                                          Case No. 3:18-cr-04683-GPC
DEFENDANT'S WAIVER OF APPEARANCE

# CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve
Assistant U.S. Attorney
sabrina.feve@usdoj.gov

Melanie K. Pierson
Assistance U.S. Attorney
melanie.pierson@usdoj.gov

Robert Ciaffa
Assistant U.S. Attorney
robert.ciaffa@usdoj.gov

Respectfully submitted,

DATED: November 1, 2019

LAW OFFICE OF DAVID W. WIECHERT

By: *s/ Jessica C. Munk*
Jessica C. Munk
Attorneys for Defendant Jacob Bychak