LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
         jessica@davidwiechertlaw.com
         william@davidwiechertlaw.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>  Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

DEFENDANT JACOB BYCHAK, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, February 20, 2020 at 1:00 p.m. in the above-captioned matter.

1  DATED:  December 17, 2019          LAW OFFICE OF DAVID W. WIECHERT

2

3

4                                     By:  *s/ Jessica C. Munk*
                                          Jessica C. Munk
5                                          Attorneys for Defendant Jacob Bychak

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  LAW OFFICE OF DAVID W. WIECHERT
   David W. Wiechert, SBN 94607
2  Jessica C. Munk, SBN 238832
3  William J. Migler, SBN 318518
   27136 Paseo Espada, Suite B1123
4  San Juan Capistrano, CA 92675
5  Telephone: (949) 361-2822
   Email: dwiechert@aol.com
6          jessica@davidwiechertlaw.com
7          william@davidwiechertlaw.com

8  Attorneys for Defendant
9  Jacob Bychak

10              **UNITED STATES DISTRICT COURT**
11              **SOUTHERN DISTRICT OF CALIFORNIA**
12

13 | UNITED STATES OF AMERICA,        | CASE NO. 3:18-cr-04683-GPC
14 |         Plaintiff,               | **ACKNOWLEDGMENT OF NEXT COURT DATE**
15 |     vs.                          |
16 | JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS. | Assigned to Hon. Gonzalo P. Curiel
17 |
18 |         Defendants.              |

19

20     I, Jacob Bychak, hereby acknowledge the next court date in the above-
21 captioned matter is scheduled on Thursday, February 20, 2020 at 1:00 p.m. I hereby
22 promise to appear before the Honorable Court on that date and at that time without
23 further notice.
24
25                                     _____
26 Date: December 17, 2019                    JACOB BYCHAK
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov


Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov


Respectfully submitted,

DATED:  December 17, 2019

LAW OFFICE OF DAVID W. WIECHERT


By:  *s/ Jessica C. Munk*
Jessica C. Munk
Attorneys for Defendant Jacob Bychak