WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
　　　　jessica@wmgattorneys.com
　　　　william@wmgattorneys.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>　　　　Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**<br><br>Assigned to Hon. Gonzalo P. Curiel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT effective January 1, 2020, the Law Office of David W. Wiechert changed the firm name to Wiechert, Munk & Goldstein, PC. Jessica C. Munk's new email address is jessica@wmgattorneys.com; William J. Migler's new email address is william@wmgattorneys.com; and Danielle Dragotta's new email address is danielle@wmgattorneys.com.

| | |
|---|---|
| 1 | DATED: January 22, 2020      WIECHERT, MUNK & GOLDSTEIN, PC |

By:  *s/ Jessica C. Munk*
     Jessica C. Munk
     Attorneys for Defendant Jacob Bychak

# CERTIFICATE OF SERVICE

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov

Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov

Robert Ciaffa

Assistant U.S. Attorney

robert.ciaffa@usdoj.gov

DATED: January 22, 2020

Respectfully submitted,

WIECHERT, MUNK & GOLDSTEIN, PC

By: *s/ Jessica C. Munk*
Jessica C. Munk
Attorneys for Defendant Jacob Bychak