UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>    Defendants. | Case No.: 18-CR-4683-GPC<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO FILE AN OVERSIZED BRIEF**<br><br>**(ECF No. 177.)** |

Having reviewed the Government's Motion to Permit Filing of An Oversized Brief, and having found good cause, the Court **GRANTS** the Government's Motion and **ORDERS** that it may file its oversized brief.

**IT IS SO ORDERED.**

Dated:  June 9, 2020

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge