WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
       jessica@wmgattorneys.com
       william@wmgattorneys.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS, <br><br> Defendants. | CASE NO. 3:18-cr-04683-GPC <br><br> **ACKNOWLEDGMENT OF NEXT COURT DATE** <br><br> Assigned to Hon. Gonzalo P. Curiel |

DEFENDANT JACOB BYCHAK, by and through undersigned counsel, hereby files his acknowledgment of next court date, Thursday, July 16, 2020 at 2:00 p.m. in the above-captioned matter.

1  DATED: June 26, 2020                    WIECHERT, MUNK & GOLDSTEIN, PC

2

3

4                                By:  *s/ David W. Wiechert*
                                       David W. Wiechert
5                                      Attorneys for Defendant Jacob Bychak

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
William J. Migler, SBN 318518
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
       jessica@wmgattorneys.com
       william@wmgattorneys.com

Attorneys for Defendant
Jacob Bychak

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS.<br><br>  Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Assigned to Hon. Gonzalo P. Curiel |

I, Jacob Bychak, hereby acknowledge the next court date in the above-captioned matter is scheduled on Thursday, Juy16, 2020 at 2:00 p.m. I hereby promise to appear before the Honorable Court on that date and at that time without further notice.

DATED:  June 26, 2020                  _____
                                                                  JACOB BYCHAK

**CERTIFICATE OF SERVICE**

Counsel for Defendants certify that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve

Assistant U.S. Attorney

sabrina.feve@usdoj.gov


Melanie K. Pierson

Assistance U.S. Attorney

melanie.pierson@usdoj.gov


Randy S. Grossman

Assistant U.S. Attorney

randy.grossman@usdoj.gov


Respectfully submitted,

DATED:  June 26, 2020

WIECHERT, MUNK & GOLDSTEIN, PC


By: *s/ David W. Wiechert*
David W. Wiechert
Attorneys for Defendant Jacob Bychak