ROBERT S. BREWER, JR.
United States Attorney
RANDY S. GROSSMAN
Assistant United States Attorney
California Bar No. 177890
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6761
Randy.Grossman@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 18-CR-04683-GPC |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL OF ATTORNEY |
| v. | |
| JACOB BYCHAK et. al, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my withdrawal as co-counsel in the above-captioned case.  Effective this date, I am no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic AU.S. Attorney CR@ is still listed as active in this case in CM/ECF, please terminate this association):

| Name | Cal. Bar No. | Telephone No. |
|---|---|---|
| RANDY S. GROSSMAN | 177890 | 619-546-6761 |

DATED: September 30, 2020.

ROBERT S. BREWER, JR.
United States Attorney

*s/ Randy S. Grossman*
RANDY S. GROSSMAN
Assistant U.S. Attorney