```
 1  ROBERT S. BREWER, JR.
    United States Attorney
 2  ASHLEY E. GOFF
    Assistant United States Attorney
 3  California State Bar No. 299737
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 546-9735

 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7
                        UNITED STATES DISTRICT COURT
 8
                      SOUTHERN DISTRICT OF CALIFORNIA
 9
     UNITED STATES OF AMERICA,          Case No.: 18cr4683-GPC
10
              Plaintiff,
11
         v.                             NOTICE OF APPEARANCE
12
     JACOB BYCHAK (1),
13   MARK MANOOGIAN (2),
     MOHAMMED ABDUL QAYYUM (3),
14   PETR PACAS (4),

15            Defendant.

16
17      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

18      I, the undersigned attorney, enter my appearance as lead counsel
19  for the United States in the above-captioned case.  I certify that I
20  am admitted to practice in this court or authorized to practice under
21  CivLR 83.3.c.3-4.
22      The following government attorneys (who are admitted to practice
23  in this court or authorized to practice under CivLR 83.3.c.3-4) are
24  also associated with this case, should remain listed as lead counsel
25  for CM/ECF purposes, and should continue to receive all Notices of
26  Electronic Filings relating to activity in this case:
27          Name
28          Sabrina Feve

    AEG:cd:10/15/2020
```

Melanie Pierson

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please feel free to call me if you have any questions about this notice.

DATED: October 15, 2020.

          Respectfully submitted,

          ROBERT S. BREWER, JR.
          United States Attorney

          *s/ Ashley E. Goff*
          ASHLEY E. GOFF
          Assistant United States Attorney
          Attorneys for Plaintiff
          UNITED STATES OF AMERICA