1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 18cr04683-GPC |
|---|---|

11

Plaintiff,

**ORDER GRANTING GOVERNMENT'S MOTION TO MODIFY BRIEFING SCHEDULE**

12

vs.

13
JACOB BYCHAK (1),
14
MARK MANOOGIAN (2),
MOHAMMED ABDUL QAYYUM (3),
15
PETR PACAS (4),

16

Defendants.

17
18
19
20

Having reviewed the Government's Motion to Modify Briefing Schedule, and

21
having found good cause, the Court GRANTS the Government's Motion and

22
ORDERS that the schedule for supplemental briefing shall be as follows:

23
Defendants' supplemental opening brief will be due by November 2, 2020.

24
Government response brief will be due by November 23, 2020. Defendants' reply

25
//

26
27
28

1  brief will be due by December 7, 2020. The hearing in this matter will be set for

2  December 17, 2020 at 2:30 P.M.

3

4  Dated: October 20, 2020

5  Hon. Gonzalo P. Curiel
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28