RANDY GROSSMAN
Acting United States Attorney
CANDY HEATH
Senior Counsel
Computer Crime and Intellectual Property Section
U.S. Department of Justice
1301 New York NW
Washington, D.C. 20005
Tel: 202.307.1049
Candina.Heath2@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr4683-GPC |
|---|---|
| Plaintiff, | Motion for Government Attorney Appearance Under CivLR 83.3.c.3-4 |
| v. | |
| JACOB BYCHAK (1), MARK MANOOGIAN (2), MOHAMMED ABDUL QAYYUM (3), PETR PACAS (4), | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above-captioned case. I certify that I am admitted to practice and am a member in good standing of the bar of the State of Texas. Thus I certify that I am authorized to practice in this District under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should

remain listed as lead counsel for CM/ECF purposes, and should continue to receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Sabrina Feve

Melanie Pierson

Ashley E. Goff

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice

Dated: May 26, 2021.

                                          Respectfully Submitted,

                                          <u>/s/ Candy Heath</u>
                                          CANDY HEATH
                                          Senior Counsel
                                          Computer Crime and Intellectual Property Section
                                          U.S. Department of Justice