**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@wmgattorneys.com
jessica@wmgattorneys.com

*Attorneys for Jacob Bychak*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

*Attorney for Mark Manoogian*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
jriddet@bklwlaw.com
wbernstein@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
nvandyk@birdmarella.com
dpatrick@birdmarella.com

*Attorneys for Petr Pacas*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACOB BYCHAK, et al., <br><br> Defendants. | Case No. 18-CR-4683-GPC <br> Honorable Gonzalo P. Curiel <br><br> **DEFENDANTS' RESPONSE TO COURT'S ORDER DIRECTING GOVERNMENT TO PROVIDE ADDITIONAL MATERIALS TO THE DEFENSE [DKT. NO. 261]** |

1

Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") hereby submit the following Response to the Court's Order Directing Government to Provide Additional Materials to the Defense Relating to Rule 15 Motion to Depose Witness (Dkt. No. 261) (hereinafter referred to as "Court's Order").

The Court's Order indicates that Defendants *only* objected to "eight of the email exchanges" between SAD and the government, but did "not raise[] objections as to any redactions relating to … sixteen [additional] exhibits." Dkt. No. 261 at 2. Accordingly, the Court limited its ruling to the redacted emails in Exhibits A-H. *Id.* at 2:18-19. The Court is mistaken that Defendants' objections were only to Exhibits A-H.

The Defendants' Response to the Government's Motion for Rule 15 Depositions (Dkt. Nos. 251-53 filed under seal) (hereinafter "Defendants' Rule 15 Response"), specifically requested "under *Jencks* and Rule 16, [for] the Court [to] order the government to disclose to the defense all of its communications with SAD as they are relevant and discoverable in so far as they relate to potential bias and the witness's state of mind." Defendants' Rule 15 Response at 2:21-24 (emphasis added). In Defendants' conclusion of that response, Defendants again requested that the Court "order the government to produce to the defense all communications it had with SAD, including unredacted copies of discovery production 32." *Id.* at 12 (emphasis added).

At the time Defendants' filed their Rule 15 Response, discovery production 32 included 28 pages of redacted emails SAD had with the government.[1] In order to show the Court the timeline of SAD's communications with the government, Defendants' attached as exhibits *most* of the redacted email communications SAD had with the government in discovery production 32, with the exception of four emails. Those four emails were not attached as exhibits to Defendants' Response as these emails were not necessary to show the overall timeline of SAD's representations to the government about the upcoming trial

---

[1] This production also included 7 pages of documents, largely unredacted that do not involve SAD's communications with the government.

and his later referenced purported health conditions.[2] However, at no time did Defendants' fail to request disclosure of these unredacted emails. In fact, as established by Defendants' Rule 15 Response, Defendants have requested that the Court provide <u>all</u> copies of unredacted communications SAD had with the government – not just the attached emails in Exhibits A-H.

In addition, since the Rule 15 briefing, and the July 8, 2021 telephonic hearing on this matter, the government has produced redacted emails between SAD and the government in productions 34 (produced July 9, 2021), 35 (produced July 12, 2021), 36 (produced July 16, 2021), and 37 (produced July 20, 2021). Since these productions were *after* the hearing, the Defendants were unable to specifically reference them in their Rule 15 Response, but they similarly would be included in Defendants' requests for *all* unredacted communications SAD had with the government. Accordingly, Defendants continue to request that the Court order the government to produce its redacted communications with SAD under *Jencks* and Rule 16 as they are relevant and discoverable in so far as they relate to potential bias and the witness's state of mind.

Respectfully submitted:

Dated: August 4, 2021           **WIECHERT, MUNK & GOLDSTEIN, PC**

By: *Jessica C. Munk*
    David W. Wiechert
    Jessica C. Munk
    *Attorneys for Jacob Bychak*

---

[2] These emails are dated March 3, 2021 (Bates No. ADCONION-DISC32-00024-25), March 14, 2021 (Bates No. ADCONION-DISC32-00015), March 29, 2021 (Bates No. ADCONION-DISC32-00014), and March 30, 2021 (Bates No. ADCONION-DISC32-00013).

Dated: August 4, 2021       **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *Randy K. Jones*
    Randy K. Jones
    *Attorneys for Mark Manoogian*

Dated: August 4, 2021       **BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *James D. Riddet*
    Thomas H. Bienert, Jr.
    James D. Riddet
    Whitney Z. Bernstein
    *Attorneys for Mohammed Abdul Qayyum*

Dated: August 4, 2021       **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *Nicole Rodriguez Van Dyk*
    Gary S. Lincenberg
    Nicole Rodriguez Van Dyk
    Darren L. Patrick
    *Attorneys for Petr Pacas*

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, James D. Riddet, and Nicole Rodriguez Van Dyk.

Dated: August 4, 2021                                By: s/*Jessica C. Munk*
                                                                       Jessica C. Munk

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2021, at San Juan Capistrano, California.

s/*Jessica C. Munk*
Jessica C. Munk