# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>    Defendants. | Case No. 18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**ORDER DENYING DEFENDANTS' JOINT MOTION REQUESTING LEAVE TO FILE REPLY TO GOVERNMENT'S CONSOLIDATED OPPOSITION**<br><br>**[ECF No. 288]** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Before the Court is Defendants' Joint Motion Requesting Leave to File a Reply to the Government's Consolidated Opposition. ECF No. 288. Having read and considered Defendants' Joint Motion Requesting Leave to File a Reply to the Government's Consolidated Opposition ("Motion for Leave") (ECF No. 288), for the reasons stated on the record at the October 4, 2021 hearing, the motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 5, 2021

Hon. Gonzalo P. Curiel
United States District Judge