Exhibit 1

# TIMELINE OF EVENTS PERTINANT TO GOVERNMENT'S RESPONSE

| Date | Event | Citation to Record |
|---|---|---|
| **2009** | CY was hired by an email marketing company (EMC). | Adconion-Disc02-Reports-00928 |
| **2011** | | |
| Mid-2011 | Company A acquired EMC and CY worked for Company A for approximately 3 months. | Adconion-Disc02-Reports-00928 |
| Mid/Late 2011 | CY left Company A to join a Company A affiliate (Company B). | Adconion-Disc02-Reports-00928 |
| 6-27-11 | Earliest creation date of the 11 emails possessed by CY, later sent to SS, who later sent them to the FBI. | ECF 283, Ex. 2 |
| 6-28-11 | 2nd of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 12 |
| 7-21-11 | 3rd of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 5 |
| 7-28-11 | 4th of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 9 |
| 8-1-11 | 5th of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 8 |
| 8-18-11 | 6th of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 4 |
| 8-25-11 | 7th of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 6 |
| 8-25-11 | 8th of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 7 |
| 9-8-11 | 9th of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 3 |
| **2012** | | |
| **2013** | | |
| 3-13-13 | Baltimore FBI field office received a complaint from Spamhaus. | Pierson Decl. ¶2. |
| 5-24-13 | 10th of 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 10 |
| 5-29-13 | 11th of the 11 emails possessed by CY, later produced by SS to FBI. | ECF 283, Ex. 11 |
| Mid 2013 | CY left employment of Company B. | Adconion-Disc02-Reports-00928 |
| 7-12-13 | Baltimore FBI interviewed SS. | ECF 295, Ex. 1,26 |
| 7-15-13 | SS sent Baltimore FBI a report regarding hijacked netblocks. | ECF 295, Ex. 5,6 |
| 7-15-13 | SS sent Baltimore FBI information regarding the hijacking of a large company's netblock. | Adconion-Disc02-Reports-00996 |
| 8-13-13 | FBI Baltimore interviewed an employee of a large Internet Service Provider (ISP) regarding spam sent to the company's employees from a hijacked IP netblock, which was the netblock charged in Counts 3, 5, and 8 of the Indictment. | Adconion-Disc02-Reports-00031 |

| Date | Event | Citation to Record |
|---|---|---|
| 9-12-13 | CY's former boss at Company B, JM, exchanged emails with Spamhaus staff wherein JM blamed CY for spam attributed to Company B. | ECF 295, Ex. 27 |
| 10-17-13 | SS provided Baltimore FBI with two falsified LOAs, neither of which involved netblocks expressly charged in the Indictment. | Adconion-Disc02-Reports-01000 |
| 10-18-13 | SS provided Baltimore FBI with spreadsheet of hijacked IP netblocks that included the netblocks charged in Counts 2 through 10 of the Indictment. | Adconion-Disc02-Reports-01004 |
| **2014** | | |
| 2-14-14 | Baltimore FBI transferred case to San Diego FBI. | Pierson Decl. |
| 5-16-14 | SS sent email to FBI SD that provided the FBI with access to its law enforcement portal and identified Manoogian as the arranger of the hijacked IPs. | ECF 295, Ex. 8 |
| 5-22-14 | SS sent email to FBI SD that said, "we've got an anonymous informant [Anon-1] sending us a ton of info since September 2013." SS speculated Anon-1 was CY, but "doesn't know anything about THIS investigation." | ECF 295, Ex. 2 |
| 6-2-14 | SS interviewed by SD FBI: SS advised the FBI that Anon-1 was providing information about Company A that "only a former employee would know;" SS speculated that Anon-1 was CY; SS provided the FBI with the anonymized email address Anon-1 used to communicate. SS provided a report to FBI. | ECF 295, Exs. 3 & 30 |
| 6-3-14 | FBI emailed Anon-1 seeking to meet or speak by phone; Anon-1 emailed back questions about how to remain anonymous. | Adconion-Disc39-01779 |
| 6-4-14 | FBI responded to Anon-1 that there were ways to protect Anon-1's identity but they would first need to meet or speak.<br><br>Email exchange between SS and the FBI wherein the FBI agent stated he had emailed Anon-1. | Adconion-Disc39-01779<br><br>ECF 295, Ex. 17 |
| 6-7-14 | SS sent an email to FBI entitled, "C[] Y[] is willing to talk." | ECR 295, Ex. 4 |
| 6-11-14 | Anon-1 responded to the FBI's June 4 email with additional questions relating to preserving Anon-1's anonymity; the FBI agent again asked to speak with Anon-1 regarding specific methods that could be used to protect Anon-1's identity. Anon-1 never responded to this last email and the FBI did not speak to or receive information or documents from Anon-1. | Adconion-Disc39-01779 |
| 7-21-14 | First grand jury subpoena is issued. | Pierson Decl. ¶5 |
| 7-22-14 | FBI interviewed PH, the operator of hosting company that worked with Company A. PH provided two false LOAs he had | Adconion-Disc02-Reports-00039 |

| Date | Event | Citation to Record |
|---|---|---|
| | received from Mark Manoogian relating to the netblocks charged in Counts 3, 5, and 8 of the Indictment. | |
| 7-23-14 | PH provided the FBI with false LOAs for three netblocks used by Company A, including that included the netblocks charged in Counts 3, 5, and 8 of the indictment. | Adconion-Disc02-Reports-00001 |
| 7-29-14 | FBI met with representatives of three large ISPs regarding the hijacked IP addresses in this case. | Adconion-Disc04-Reports-00001 |
| 8-4-14 | FBI documented receipt of Company A correspondence and LOAs produced pursuant to a grand jury subpoena to PH's company. | Adconion-Disc02-Reports-00001 |
| 9-26-14 | FBI documented receipt of spam emails produced pursuant to a grand jury subpoena to a large ISP. | Adconion-Disc02-Reports-00004 |
| 10-17-14 | FBI documented receipt of records relating to hijacked IP blocks produced by a large ISP pursuant to a grand jury subpoena. | Adconion-Disc02-Reports-00006 |
| 10-27-14 | FBI interviewed the owners of one of the firms whose names and netblocks were used in the LOAs Manoogian sent to PH's hosting company. The owners said the LOAs were false. | Adconion-Disc02-Reports-00057 |
| 11-11-14 | FBI documented receipt of Company A materials produced by a mail-forwarding service pursuant to a grand jury subpoena. | Adconion-Disc02-Reports-00005 |
| 11-30-14 | FBI interviewed SS, who provided the FBI with the address of a Solana Beach location used by the defendants. | ECF 295, Ex. 10 |
| 11-30-14 | SS emailed the FBI the IP addresses used at the Solana Beach office and named Manoogian and Pacas as being involved. | ECF 295, Ex. 9 |
| 12-1-14 | FBI conducted surveillance at the Solana Beach address. | Adconion-Disc02-Reports-00066 |
| 12-23-14 | FBI obtained a warrant to search Manoogian's Company A email account. | ECF 295, Ex. 11; Adconion-Disc04-SW-00001 |
| **2015** | | |
| 2-14-15 | SS provided the FBI with contact information for personnel at ARIN. | ECF 295, Ex. 18 |
| 3-25-15 | FBI interviewed another individual who name appeared on one of the LOAs that Manoogian sent to PH. The witness confirmed the LOA was false and unauthorized. | Adconion-Disc02-Reports-00454 |

| Date | Event | Citation to Record |
|---|---|---|
| 5-15-15 | FBI obtained warrants to search Dye's business email account and additional Company A email accounts. | Adconion-Disc04-SW-00020 |
| 12-29-15 | Spamhaus received internal Company A emails from CY. | ECF 295, Ex. 12 |
| **2016** | | |
| 9-1-16 | Grand jury subpoena issued for records from Dye's employer. | Adconion-GJ-EXS- 00001 |
| 9-9-16 | FBI interviewed Qayyum. | Adconion-Disc02-Reports-00609 |
| 9-19-16 through 9-22-16 | FBI served grand jury subpoenas on Company A, its DBAs, and associated entities. | Adconion-Disc02-Reports-00020 to -00022 |
| 10-28-16 | FBI interviewed representatives of another firm whose name and netblocks were used in LOAs sent to PH by Company A employees. The interview confirmed that the additional LOAs were false. | Adconion-Disc02-Reports-00534 |
| **2017** | | |
| 7-17-17 | Government issued the first grand jury subpoena for testimony from Company A employees. | Adconion-Disc38-00003 |
| 8-11-17 | SS emailed FBI information regarding Company A's computer networks and names of former employees who might have information. | ECF 295, Ex. 19 |
| 9-15-17 | SS emailed the FBI logging information showing when a consultant hired by Companies A and B accessed Spamhaus's website. | ECF 295, Ex. 28 |
| 9-27-17 | SS emailed the San Diego FBI, "so far I have not included anything our informants have given us" and asked, "Do you want to see these emails?" | ECF 295, Ex. 13 |
| 10-12-17 | SS sent an email to the FBI entitled, "interesting emails," to which SS attached the 11 emails Spamhaus obtained from CY. | ECF 295, Ex. 14 |
| | SS sent a separate email to the FBI that included addresses for CY and the message, "I emailed him and asked him to contact you." | ECF 295, Ex. 15 |
| 12-18-17 | FBI interviewed CY in the presence of counsel. | Adconion-Disc02-Reports-00928 |
| **2018** | | |
| 1-10-18 | CY's attorney provided the government with four documents obtained from his client | Adconion-Disc39-01782 |

| Date | Event | Citation to Record |
|---|---|---|
| 7-10-18 | SS emailed the FBI information regarding more searches of Spamhaus' website by the consultant for Companies A and B. | ECF 295, Ex. 29 |
| 10-10-18 | The grand jury issued its 106th subpoena. | |
| 10-12-18 | SS registered for the first time as a CHS by a different FBI field office and in connection with an unrelated investigation. | ECF 295, Ex. 26 |
| 10-31-18 | Indictment returned. | ECF 1 |
| 11-8-18 | SS emailed the FBI readable copies of the 11 CY emails that the FBI had been unable to access due to formatting problems and noted what appeared to have been the technical issue. Thirty minutes later, SS sent a separate email noting the involvement of Company B's outside counsel. | ECF 295, Ex. 12 |
| 12-4-18 | Reports of contact between SS and FBI disclosed to defense. | Disc Prod 2 |
| 12-19-18 | Records obtained via warrants disclosed to defense. | Disc Prod 3 |
| **2019** | | |
| 1-23-19 | Search warrant affidavits disclosed to defense | Disc Prod 4 |
| **2020** | | |
| 6-24-20 | SS sent unsolicited email to FBI discussing whether IP addresses are property. | ECF 295, Ex. 20 |
| 9-23-20 | Prosecutors requested filter review after email from outside counsel is discovered in the 11 emails received from SS. | Pierson Decl. |
| 12-3-20 and 3-9-21 | SS emails are disclosed to defense after taint filter review completed | |
| **2021** | | |
| 8-1-21 | SS sent an unsolicited email to the FBI regarding defendants' brief stating, "When I became a CHS for this case as well as other cases I was given the standard instruction that I don't work for the government, I don't take instructions from the government, etc. (and vice versa) all of which I agreed to." SS also wrote "Spamhaus does not act under the direction of the FBI or any other government agency. Information given to us was not 'stolen' but freely given to us by CY who claims he was not under any NDA and was free to give us the emails, and he was motivated by [Company A] constantly lying and defaming him. He was not aware of any FBI investigation at the time." | ECF 295, Ex. 21 |
| 8-3-21 | FBI report issued explaining use of "CHS" in earlier redactions, noting that SS first became a CHS on 10-12-18. | ECF 295, Ex. 26 |
| 8-5-21 | SS sent an unsolicited email to the FBI stating, "All communication between SS and [PH] has already been turned over to the FBI." SS listed numerous unsuccessful legal actions | ECF 295, Ex. 22 |

| Date | Event | Citation to Record |
|---|---|---|
| | taken against opponents of Company A and expressed fear that disclosure of SS's identity would lead to "harassment by spammers and cyber criminals," adding, "I don't get paid anything and the FBI doesn't tell me what to do and vice versa" and "The prosecution doesn't ask for my advice, and if they could tell me what to do, they'd probably tell me to stop sending this stuff." | |
| 8-25-21 | SS sent an email to the FBI in response to the court order directing the FBI to seek identification of which 11 emails SS obtained from CY. | ECF 283, Ex. 17 ECF 295, Ex. 12 |
| 9-21-21 | SS sent an unsolicited email to FBI stating, "Spamhaus never encouraged [CY] to send internal emails;" "we didn't know [CY] had them;" "Spamhaus didn't think the internal emails were particularly important in fact waited YEARS before sending them over to the FBI;" "The government did not send a single legal document from this case to Spamhaus;" "the government did not know about the [internal emails] until they received them;" "the internal emails were not even sent to law enforcement for three years after receiving them;" "We were acting in our own interest, not as an agent for the government." | ECF 283, Ex. 14 |
| 9-21-21 | SS sent an unsolicited email to FBI. | ECF 295, Ex. 23 |
| 9-26-21 | SS sent an unsolicited email to FBI regarding searches of Spamhaus's website by the defense. | ECF 295, Ex. 24 |
| 9-28-21 | SS sent an unsolicited email to FBI regarding the mistrial in Arizona case and the status of this case's trial setting. | ECF 295, Ex. 25 |