IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al.*,<br><br>　　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**ORDER GRANTING DEFENDANTS' MOTION REQUESTING LEAVE TO FILE AN UPDATE REGARDING THEIR SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR RECONSIDERATION AND TO COMPEL**<br><br>Date: November 18, 2021<br>Time: 2:00 p.m.<br>Dept.: 2D |

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

**IT IS HEREBY ORDERED** that Defendants' Motion Requesting Leave to File An Update Regarding Their Supplemental Memorandum of Points and Authorities In Support of Defendants' Motions for Reconsideration and to Compel, filed via CM/ECF on November 11, 2021 (*see* Dkt. 307), is granted.[1]

**IT IS SO ORDERED.**

Dated: November 16, 2021

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] Defendants' Update is attached as Exhibit A to the Motion Requesting Leave and, as such, has not been filed under seal.