IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, *et al.*,<br><br>　　　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**ORDER GRANTING DEFENDANT PACAS'S UNOPPOSED MOTION TO MODIFY THE TRIAL SCHEDULE**<br><br>**[ECF No. 323]** |

　　　Pending before the Court is Defendants' motion to modify the trail schedule so that the first week of trial will proceed on May 23-25, 2022, instead of May 24-27, 2022. ECF No. 323.

　　　Having considered the reasons set forth in the Unopposed Motion to Modify the Trial Schedule, the Court finds GOOD CAUSE to GRANT the motion to modify the trial schedule.

/ /

/ /

1 | The first week of trial will proceed on May 23-25, 2022, and continue
2 | thereafter as scheduled.
3 | **IT IS SO ORDERED.**
4 | Dated:  February 1, 2022

Hon. Gonzalo P. Curiel
United States District Judge