**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS LINCENBERG & RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Nicole R. Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
        nvandyk@birdmarella.com
        dpatrick@birdmarella.com
        awiseley@birdmarella.com

*Attorneys for Petr Pacas*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
        jriddet@bklwlaw.com
        wbernstein@bklwlaw.com
        cnevarez@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

Daniel J. Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
djgoodrich@mintz.com
rtdougherty@mintz.com

*Attorneys for Mark Manoogian*

**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
        jessica@wmgattorneys.com

*Attorneys for Jacob Bychak*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>   Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENTAL MISCONDUCT**<br><br>Hearing Date: April 1, 2022<br>Hearing Time: 2:30 P.M.<br>Department:   Courtroom 2D |

PLEASE TAKE NOTICE that on April 1, 2022 at 2:30 P.M., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively, "Defendants") will, and hereby do, jointly move the Court to dismiss the Indictment based on the government's outrageous misconduct, which includes the government's invasion of the attorney-client and work product privileges, which violated the Defendants' Fifth and Sixth Amendment rights. Defendants alternatively request a hearing, pursuant to *United States v. Kastigar*, 406 U.S. 441 (1972) and *United States v. Danielson*, 325 F.3d 1054 (9th Cir. 2003), to determine whether the evidence, witnesses, legal theories and strategy to be presented are tainted by the government's invasion of Defendants' attorney-client and work product privileges and, if they are, to determine the appropriate remedy.

This Motion is based on this Notice, the Memorandum of Points and Authorities In Support Thereof, the Under Seal Declaration of Gary S. Lincenberg and its accompanying

1 | exhibits, the files and records in this case, and any evidence and argument that may be
2 | presented at the hearing on this matter.

Respectfully submitted:

Dated: February 18, 2022

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *s/ Gary S. Lincenberg*
Gary S. Lincenberg
Nicole Rodriguez Van Dyk
Darren L. Patrick
Alexis A. Wiseley
*Attorneys for Petr Pacas*

Dated: February 18, 2022

**WIECHERT, MUNK & GOLDSTEIN, PC**

By: *s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
*Attorneys for Jacob Bychak*

Dated: February 18, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James D. Riddet
Carlos A. Nevarez
*Attorneys for Mohammed Abdul Qayyum*

Dated: February 18, 2022

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *s/ Randy K. Jones*
Randy K. Jones
Daniel J. Goodrich (Pro Hac)
Ryan Dougherty (Pro Hac)
*Attorneys for Mark Manoogian*

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants, and that I have obtained their authorization to sign this document on their behalf.

Dated: February 18, 2022                    By: */s/ Alexis A. Wiseley*
                                                 Alexis A. Wiseley