| | |
|---|---|
| **WIECHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>Jahnavi Goldstein, SBN 245084<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email: dwiechert@wmgattorneys.com<br>       jessica@wmgattorneys.com<br>       jahnavi@wmgattorneys.com<br><br>*Attorneys for Jacob Bychak* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 314-1510<br>Email: rkjones@mintz.com<br><br>Daniel J. Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>djgoodrich@mintz.com<br>rtdougherty@mintz.com<br><br>*Attorney for Mark Manoogian* |
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email: tbienert@bklwlaw.com<br>       jriddet@bklwlaw.com<br>       wbernstein@bklwlaw.com<br>       cnevarez@bklwlaw.com<br><br>*Attorneys for Mohammed Abdul Qayyum* | **BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Alexis A. Wiseley, SBN 330100<br>Darren L. Patrick, SBN 310727<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email: glincenberg@birdmarella.com<br>       awiseley@birdmarella.com<br>       dpatrick@birdmarella.com<br><br>*Attorneys for Petr Pacas* |

DEFENDANTS' NOTICE OF MOTION TO SUPPRESS AND DISMISS

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | Case No. 18-CR-4683-GPC |
|---|---|
| Plaintiff, | Honorable Gonzalo P. Curiel |
| v. | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO SUPPRESS AND DISMISS UNDER THE FOURTH AMENDMENT AND REQUEST FOR EVIDENTIARY HEARING** |
| JACOB BYCHAK, et al., | |
| Defendants. | Hearing Date: April 1, 2022<br>Hearing Time: 2:30 P.M.<br>Department: Courtroom 2D |

PLEASE TAKE NOTICE that on April 1, 2022 at 2:30 P.M., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas (collectively "Defendants") move the Court to suppress the illegally obtained documents and information by a state actor as well as their fruits, and concomitantly dismiss this action under the Fourth Amendment. Alternatively, Defendants move for an evidentiary hearing to confirm the Fourth Amendment violation and a *Kastigar* hearing to determine the tainted leads and evidence that flowed from it.

This Motion is based on this Notice, the Memorandum of Points and Authorities In Support Thereof, the Declarations of Jacob Bychak, Mark Manoogian, Mohhamed Abdul Qayyum, and Petr Pacas, as well as the Under Seal Declaration of Jessica C. Munk and attached Under Seal Exhibits 1-48 filed concurrently herewith, the files and records in this case, and any evidence and argument that may be presented at the hearing on this matter.

Respectfully submitted:

Dated: February 18, 2022        **WIECHERT, MUNK & GOLDSTEIN, PC**

By: *Jessica C. Munk*
   David W. Wiechert
   Jessica C. Munk
   Jahnavi Goldstein
   *Attorneys for Jacob Bychak*

Dated: February 18, 2022        **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *Randy K. Jones*
   Randy K. Jones
   *Attorneys for Mark Manoogian*

Dated: February 18, 2022        **BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *Whitney Z. Bernstein*
   Thomas H. Bienert, Jr.
   James D. Riddet
   Whitney Z. Bernstein
   Carlos A. Nevarez
   *Attorneys for Mohammed Abdul Qayyum*

Dated: February 18, 2022        **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *Alexis A. Wiseley*
   Gary S. Lincenberg
   Alexis A. Wiseley
   Darren L. Patrick
   *Attorneys for Petr Pacas*

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Whitney Z. Bernstein, and Alexis A. Wiseley.

Dated: February 18, 2022					By: s/*Jessica C. Munk*
								Jessica C. Munk

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2022, at San Juan Capistrano, California.

s/*Jessica C. Munk*
Jessica C. Munk