**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@wmgattorneys.com
         jessica@wmgattorneys.com
*Attorneys for Jacob Bychak*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>　　Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DECLARATION OF JACOB BYCHAK IN SUPPORT OF DEFENDANTS' MOTION TO SUPPRESS AND DISMISS UNDER THE FOURTH AMENDMENT**<br><br>Hearing Date: April 1, 2022<br>Hearing Time: 2:30 p.m.<br>Department:　Courtroom 2D |

## DECLARATION OF JACOB BYCHAK

I, Jacob Bychak, declare as follows:

1. On April 5, 2010, I was hired by the predecessor of Company A as a marketing analyst.

2. Later that year I moved to the Operations team. In June through September of 2011, I was Company A's Business Operations Manager.

3. Between 2011 to 2014, I was issued a laptop and a company email address. I had a password to login to my laptop and a separate password to login to my email address. To my knowledge the company did not have my passwords.

1
DECLARATION OF JACOB BYCHAK

4. I took my laptop home almost every evening and if I left the laptop in my office, it was locked in my desk drawer.

5. I used my laptop for work and personal use and occasionally used my company email address for non-company related emails.

6. During this time, to my knowledge Company A had no policy in place indicating that they monitored company email.

7. Based on the above, I had an expectation of privacy in my Company A email. I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 18, 2022 in Carlsbad, California.

_____
Jacob Bychak

2
DECLARATION OF JACOB BYCHAK