**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com
Daniel J. Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
djgoodrich@mintz.com
rtdougherty@mintz.com

*Attorneys for Mark Manoogian*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DECLARATION OF MARK MANOOGIAN IN SUPPORT OF DEFENDANTS' MOTION TO SUPPRESS AND DISMISS UNDER THE FOURTH AMENDMENT**<br><br>Hearing Date: April 1, 2022<br>Hearing Time: 2:30 p.m.<br>Department:   Courtroom 2D |

## DECLARATION OF MARK MANOOGIAN

I, Mark Manoogian, declare as follows:

1. On October, 2011, I was hired by the predecessor to Company A as a Business Development Manager.

2. From October 3, 2011 until late 2014, I was employed by Company A and its

1

predecessor.

3. Between 2011 and 2014, Company A issued to me a laptop and a company email address. I had a password to access my laptop and a separate password to access my email address. To my knowledge, the company did not have my passwords.

4. I took my laptop home almost every evening and if I left the laptop in my office, it was locked in my desk drawer.

5. I used my laptop for primarily work purposes, but occasionally used my laptop for personal purposes. Similarly, I primarily used my company email for work purposes but, on occasion, I used my company email address for non-company related emails.

6. To my knowledge, during the time I was employed at Company A and its predecessor, Company A did not have an established policy notifying employees that Company A monitored company email. If such a policy existed during that time, I did not have knowledge of the policy or that Company A was actually monitoring company emails.

7. Based on the above, I had an expectation of privacy in my Company A email. I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 18, 2022 in Carlsbad, California.

s/ [signature]
Mark Manoogian