Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701
Email: tbienert@bienertkatzman.com
       jriddet@ bienertkatzman.com
       wbernstein@ bienertkatzman.com

*Attorneys for Defendant Mohammed Abdul Qayyum*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, PETR PACAS,<br><br>Defendants. | Case No. 3:18-cr-04683-GPC<br>Hon. Gonzalo P. Curiel<br><br>**DECLARATION OF MOHAMMED ABDUL QAYYUM IN SUPPORT OF MOTION TO SUPPRESS AND DISMISS UNDER THE FOURTH AMENDMENT**<br><br>Hearing Date: April 1, 2022<br>Hearing Time: 2:30 p.m.<br>Department: Courtroom 2D |

# Declaration of Mohammed Abdul Qayyum

I, Mohammed Abdul Qayyum, declare as follows:

1. I submit this declaration pursuant to *Simmons v. United States*, 390 U.S. 377 (1968), with the understanding that this cannot be admitted against me at trial.

2. Between at least 2011 and 2013, as an employee of Company A, I was issued a laptop and a company email address from Company A.

3. I had a password to log into my laptop and a separate password to log into my email address. To my knowledge, the company did not have my passwords.

4. My laptop was almost always in my possession.

5. I am unaware of any policy that permitted Company A to monitor my emails.

6. I had an expectation of privacy in my Company A emails.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed this 18tht day of February 2022, at Oceanside, California.

_____
Mohammed Abdul Qayyum

# CERTIFICATE OF SERVICE

Counsel for Defendant Mohammed Abdul Qayuum certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

David W. Wiechert
Jessica C. Munk
William J. Migler
Attorneys for Jacob Bychak

Randy K. Jones
Attorney for Mark Manoogian

Gary Lincenberg
Naeun Rim
Attorneys for Petr Pacas

Melanie Pierson
Robert Ciaffa
Sabrina Feve
Assistant U.S. Attorneys

Respectfully submitted,

Dated: February 18, 2022      *s/ Whitney Z. Bernstein*
                              **BIENERT KATZMAN**
                              **LITTRELL WILLIAMS LLP**
                              Whitney Z. Bernstein
                              Attorneys for Mohammed Abdul Qayyum
                              Email: wbernstein@bienertkatzman.com