| | |
|---|---|
| **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS LINCENBERG & RHOW P.C.**<br>Gary S. Lincenberg, SBN 123058<br>Nicole R. Van Dyk, SBN 261646<br>Darren L. Patrick, SBN 310727<br>Alexis A. Wiseley, SBN 330100<br>1875 Century Park East, Floor 23<br>Los Angeles, CA 90067<br>Telephone: (310) 201-2100<br>Email: glincenberg@birdmarella.com<br>      nvandyk@birdmarella.com<br>      dpatrick@birdmarella.com<br>      awiseley@birdmarella.com<br><br>*Attorneys for Petr Pacas* | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>Randy K. Jones, SBN 141711<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 314-1510<br>Email: rkjones@mintz.com<br><br>Daniel J. Goodrich, BBO 692624 (Pro Hac)<br>Ryan Dougherty, BBO 703380 (Pro Hac)<br>1 Financial Center<br>Boston, MA 02111<br>djgoodrich@mintz.com<br>rtdougherty@mintz.com<br><br>*Attorneys for Mark Manoogian* |
| **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>Thomas H. Bienert, Jr., SBN 135311<br>James D. Riddet, SBN 39826<br>Whitney Z. Bernstein, SBN 304917<br>Carlos A. Nevarez, SBN 324407<br>903 Calle Amanecer, Suite 350<br>San Clemente, California 92673<br>Telephone: (949) 369-3700<br>Email: tbienert@bklwlaw.com<br>      jriddet@bklwlaw.com<br>      wbernstein@bklwlaw.com<br>      cnevarez@bklwlaw.com<br><br>*Attorneys for Mohammed Abdul Qayyum* | **WIECHERT, MUNK & GOLDSTEIN, PC**<br>David W. Wiechert, SBN 94607<br>Jessica C. Munk, SBN 238832<br>27136 Paseo Espada, Suite B1123<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 361-2822<br>Email: dwiechert@aol.com<br>      jessica@wmgattorneys.com<br>      william@wmgattorneys.com<br><br>*Attorneys for Jacob Bychak* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DECLARATION OF PETR PACAS IN SUPPORT OF DEFENDANTS' JOINT MOTION TO SUPPRESS AND DISMISS UNDER THE FOURTH AMENDMENT AND REQUEST FOR AN EVIDENTIARY HEARING**<br><br>Hearing Date: April 1, 2022<br>Hearing Time: 2:30 p.m.<br>Department:   Courtroom 2D |

## **DECLARATION OF PETR PACAS**

I, Petr Pacas, declare as follows:

1. I am a defendant in the above-captioned matter. I make this declaration in support of the Defendants' concurrently filed Joint Motion to Suppress And Dismiss Under the Fourth Amendment And Request for an Evidentiary Hearing (the "Motion"). I make this declaration based on personal knowledge and, if called upon to do so, I could and would so testify.

2. In or around early October 2006, I was hired by Company A[1] as an

---

[1] Capitalized terms in this Declaration are defined in the Motion.

employee.

3. In January 2009, I rejoined Company A as its Director of Business Management.

4. In early 2011, I was promoted to Director of Business Operations of Company A.

5. In May 2011, I left Company A and went to work for Company B as its Vice President of Operations. I remained at Company B until the company was purchased by Company A in September 2013.

6. I returned to Company A in September 2013 as its Vice President of Operations.

7. As part of my employment at Company A (from approximately October 2006 until May 2011, and from September 2013 to the present), I was given a Company A email address and laptop computer, which I used to conduct my work.

8. My Company A email account and laptop were both protected by passwords, which I never shared with anyone. To my knowledge, from 2006 until 2018, there was no administrator or other personnel at Company A who could access my laptop or my email account without my passwords. I was unaware of any Company A policy indicating that it monitored my email account or laptop computer. Nor did I believe that Company A had the technical ability to do so prior to 2018, when Company A computers were first installed with administrator access. Further, I always took my Company A laptop home at night, and when I traveled.

9. As part of my employment at Company B (from May 2011 until September 2013), I was given a Company B email address and laptop computer, which I used to conduct my work.

10. My Company B email account and laptop were both protected by passwords, which I never shared with anyone. To my knowledge, there was no administrator or other personnel at Company B who could access my laptop or email account without my passwords. I was unaware of any Company B policy

indicating that it monitored my email account or laptop computer, nor did I believe that Company B had the technical ability to do so. Further, I always took my Company B laptop home at night, and when I traveled.

11. Based on the above facts, I believed that my Company A and B email accounts and laptop computers were private, and that, from 2006 until 2018, no one but me could access their contents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief, and that I executed this Declaration on February 18, 2022 at Los Angeles, California.

_____
Petr Pacas