# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et. al.<br>　　　　　　　　　　Defendants. | Case No. 18-CR-4683<br><br>**ORDER PERMITTING THE UNITED STATES TO FILE EXCESS PAGES IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT**<br><br>**[ECF No. 335]** |

The Court, having read and considered the motion of the United States to file an oversize brief in response to the Defendants' Motion to Dismiss for Outrageous Government Conduct, and finding good cause therein,

IT IS HEREBY ORDERED THAT the government's responsive pleadings, consisting of a 27-page brief (2 pages over the limit), and a 43-page declaration including four exhibits, may be filed.

**IT IS SO ORDERED.**

Dated: March 4, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　United States District Judge