**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
Jahnavi Goldstein, SBN 245084
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@wmgattorneys.com
       jessica@wmgattorneys.com
       jahnavi@wmgattorneys.com

*Attorneys for Defendant Jacob Bychak*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, MARK MANOOGIAN, MOHAMMED ABDUL QAYYUM, AND PETR PACAS,<br><br>  Defendants. | CASE NO. 3:18-cr-04683-GPC<br><br>Assigned to Hon. Gonzalo P. Curiel<br><br>**DEFENDANT JACOB BYCHAK'S MOTION FOR LEAVE TO FILE THE FOLLOWING MATERIALS *EX PARTE/IN-CAMERA* AND UNDER SEAL:**<br>**1) DEFENDANTS' NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF GOVERNMENT EXPERT WITNESSES BENKERT AND KINRICH;**<br>**2) DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORTIES IN SUPPORT THEREOF;**<br>**3) THE DECLARATION OF JESSICA C. MUNK AND EXHIBITS THERETO**<br><br>[Proposed Order Signature Block Herein] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Jacob Bychak, hereby moves the Court for an order granting leave to file the following materials *ex parte/in-camera* and under

seal: 1) Defendants'[1] Notice of Motion and Motion *In Limine* to Exclude Testimony of Government Expert Witnesses Benkert and Kinrich; 2) Defendants' Memorandum of Points and Authorities in Support Thereof; and 3) the Declaration of Jessica C. Munk and Exhibits Thereto (collectively the "MIL Filings").

Defendant Bychak brings this Motion to preserve and protect the attorney client privileged information set forth in the MIL Filings. The Court has inherent authority to seal and protect records and filings. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). Protection of attorney client privilege and work product are compelling reasons to justify a motion to seal. *See Hanson v. Wells Fargo Home Mortg., Inc.*, 2013 WL 5674997, at *3 (W.D. Wash. 2013)

The MIL Filings relate to Defendants' motion to the exclude the testimony of two government expert witnesses David E. Benkert and Jeffrey H. Kinrich (the "Witnesses") because they were previously retained by Company A, which was a party with the Defendants to a joint defense agreement, and the Witnesses received and relied upon privileged information provided to them by Defendant Bychak regarding the topics that the Witnesses intend to testify to. The MIL Filings go into very specific details regarding the privileged information shared by Defendant Bychak with these Witnesses. Furthermore, the MIL Filings quote to and include a complete copy of the written joint defense agreement that Defendants were party to along with Company A, and that agreement itself is privileged.

Additionally, there is good cause for the MIL Filings to be filed *ex parte* and *in-camera*, in addition to being filed under seal. It is black letter law that disclosure of privileged information to a third party generally constitutes a waiver of the privilege. Therefore, the MIL Filings, which contain detailed privileged information, cannot be served on the government, as the government's receipt of the privileged information would likely destroy/waive the privilege. Accordingly, Defendant Bychak appropriately

---

[1] "Defendants" are Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum and Petr Pacas.

seeks leave to file the MIL Filings *ex parte* for the Court's *in-camera* review, which is necessary to maintain the privilege.

Dated: March 24, 2022

Respectfully submitted:

WIECHERT, MUNK & GOLDSTEIN, PC

By: *s/ Jessica C. Munk*
  Jessica C. Munk
  *Attorney for Jacob Bychak*

**IT IS SO ORDERED.**

**DATE:**

**HONORABLE GONZALO P. CURIEL**
**UNITED STATES DISTRICT COURT JUDGE**

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2022, at San Juan Capistrano, California.

s/*Jessica C. Munk*
Jessica C. Munk