**WIECHERT, MUNK & GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
Jahnavi Goldstein, SBN 245084
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
          jessica@wmgattorneys.com
          jahnavi@wmgattorneys.com

*Attorneys for Jacob Bychak*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKYAND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1510
Email: rkjones@mintz.com

Daniel J. Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
djgoodrich@mintz.com
rtdougherty@mintz.com

*Attorney for Mark Manoogian*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Email: tbienert@bklwlaw.com
          jriddet@bklwlaw.com
          wbernstein@bklwlaw.com
          cnevarez@bklwlaw.com

*Attorneys for Mohammed Abdul Qayyum*

**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG RHOW P.C.**
Gary S. Lincenberg, SBN 123058
Alexis A. Wiseley, SBN 330100
Darren L. Patrick, SBN 310727
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone: (310) 201-2100
Email: glincenberg@birdmarella.com
          awiseley@birdmarella.com
          dpatrick@birdmarella.com

*Attorneys for Petr Pacas*

DEFENDANTS' MOTION IN LIMINE TO LIMIT THE GOVERNMENT'S CASE IN CHIEF EVIDENCE TO ELEVEN IDENTIFIED NETBLOCKS

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB BYCHAK, et al.,<br><br>    Defendants. | Case No. 18-CR-4683-GPC<br>Honorable Gonzalo P. Curiel<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION *IN LIMINE* TO LIMIT THE GOVERNMENT'S CASE IN CHIEF EVIDENCE TO ELEVEN IDENTIFIED NETBLOCKS**<br><br>Hearing Date:  April 7, 2022<br>Hearing Time: 1:00 p.m.<br>Department:    Courtroom 2D |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 7, 2022, at 1:00 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Gonzalo P. Curiel, United States District Court Judge, located at 221 West Broadway, San Diego, California 92101, Courtroom 2D, Defendants Jacob Bychak, Mark Manoogian, Mohammed Abdul Qayyum and Petr Pacas (collectively, "Defendants") will, and hereby do, move *in limine* for the Court to issue an order limiting the government's case in chief evidence to the Eleven Netblocks set forth in Grand Jury Exhibit 251, which the government identified as the sole alleged illegally hijacked netblocks at play in this case. Despite the government's numerous representations over the course of three years that it would limit its case in chief evidence to the Eleven Netblocks, which Defendants relied upon, the government now refuses to do so. Its refusal to do so is prejudicial and would result in unnecessarily expanding the scope of the trial and likely require a continuance to allow Defendants to properly defend themselves.

This Motion *In Limine* is based on this Notice, the Memorandum of Points and

Authorities, the Declaration of Jessica C. Munk and Exhibits A-F thereto, and such other and further argument and evidence as may be presented to the Court on hearing of this matter.

Respectfully submitted:

Dated: March 24, 2022    **WIECHERT, MUNK & GOLDSTEIN, PC**

By: *s/ Jessica C. Munk*
Jessica C. Munk
David W. Wiechert
Jahnavi Goldstein
*Attorneys for Jacob Bychak*

Dated: March 24, 2022    **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

By: *s/ Alexis A. Wiseley*
Gary S. Lincenberg
Nicole Rodriguez Van Dyk
Darren L. Patrick
Alexis A. Wiseley
*Attorneys for Petr Pacas*

Dated: March 24, 2022    **BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: *s/ Thomas H. Bienert, Jr.*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
James D. Riddet
Carlos A. Nevarez
*Attorneys for Mohammed Abdul Qayyum*

Dated: March 24, 2022    **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: *s/ Randy K. Jones*
Randy K. Jones
Daniel J. Goodrich
Ryan Dougherty
*Attorneys for Mark Manoogian*

## CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Randy K. Jones, Thomas H. Bienert, Jr., and Alexis A. Wiseley.

Dated: March 24, 2022                    By: s/*Jessica C. Munk*
                                              Jessica C. Munk

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2022, at San Juan Capistrano, California.

s/*Jessica C. Munk*
Jessica C. Munk

CERTIFICATE OF SERVICE