# EXHIBIT A

| IP range | domain |
|---|---|
| 63.79.40.0/21 | Trinitymicro.com |
| 142.147.0.0/16 | Cdnair.ca |
| 151.192.0.0/16 | Sierrasemi.com |
| 163.253.0.0/16 | Sura.net |
| 165.192.0.0/16 | Ect.net |
| 167.87.0.0/16 | Moore-solutions.com |
| 168.129.0.0/16 | Obs.net |
| 198.68.64.0/18 199.2.16.0/24 199.2.17.0/24 199.2.19.0/24 199.2.20.0/24 199.2.22.0/24 199.2.24.0/24 199.2.25.0/24 199.2.30.0/24 199.2.64.0/24 205.158.176.0/20 206.159.192.0/18 208.10.20.20.0/24 | Internex.net |
| 207.152.0.0/18 207.234.0.0/17 | Telalink.net |
| 208.199.68.0/23 | Paxny.com |
| 149.118.0.0/16 | Medavis.com |



GRAND JURY EXHIBIT 251

ADCONION-GJ-EXS-00874