# EXHIBIT E

64.18.224.0/24
jamzenergy.com / KALEAGUENATION.COM

64.18.228.0/24
CHILLATAR.COM / justiceace.com

64.18.229.0/24
kaagencies.com / MANCERFLASH.COM

64.89.28.0/24
davienetworks.com / DAVCORPDNS.COM

64.89.20.0/24
viltonmedia.com / VILTONSERVE.COM

66.78.34.0/24
emediadynmail.com / EMEDIADYNSERVER.COM

64.18.226.0/24
interactive-ace.com / GRAMLOTPARTNERS.COM

66.227.32.0/24
equineflowers.com

66.230.183.0/24
vertona.com

66.54.169.0/24
traversetechnicalassistance.com

66.78.43.0/24
chatmannetmail.com / CHATMANNETSERVICES.COM

66.227.27.0/24
apocnetworks.com

69.87.244.0/24
brookwire.com

69.54.245.0/24
servblaze.com

69.169.212.0/24
voguefog.com

69.169.61.0/24
dionysusvines.com / inkvests.com

69.194.19.0/24
wealthconnectivity.com / handelsbeliefs.com

```
69.18.86.0/23
myuscom.net
```