RANDY S. GROSSMAN
United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

CANDINA S. HEATH
Senior Counsel
Texas Bar No. 09347450
Computer Crime and Intellectual Property Section
U.S. Department of Justice
Washington, D.C. 20005
Tel: (202) 307-1049
Email: Candina.Heath2@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>ABDUL MOHAMMED QAYYUM (3), and<br>PETR PACAS (4),<br><br>Defendants. | Case No.: 18cr4683-GPC<br><br>**UNITED STATES' MOTION TO EXTEND THE FILING DEADLINE FOR ITS TRIAL EXHIBIT LIST** |

COMES NOW the plaintiff, United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Assistant United States Attorneys Melanie K. Pierson, Sabrina L. Fève, and Computer Crime and Intellectual Property Section Senior Counsel Candy Heath, and hereby files its above-referenced Motion, based on the files and records in this case.

On April 11, 2022, the Court ordered the government to provide its exhibit list by Friday, April 22, 2022. [ECF No. 382.] The government is requesting this deadline be extended to Monday, April 25, 2022, to provide a more coherent exhibit list. The government has prepared a list of the bates numbers of its potential exhibits but has not had time to organize and de-duplicate the exhibits and does not believe it can complete this process by 5 pm on Friday. The de-duplication process is particularly challenging in this case because the government received numerous copies of the same emails in response to its subpoenas. Many of the emails involve branching threads, which require separately marked attachments. The process of matching the right attachment to the sequentially-bates stamped email is also time-consuming and requires review involving one-for-one comparison and a close reading of multiple copies of the same emails and attachments. To minimize the risk of duplication, and to properly format the list with a brief description of the documents that will assist in identifying the listed exhibit, the government respectfully requests a one-day extension from Friday, April 22, 2022, to Monday, April 25, 2022.

DATED: April 21, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/Melanie K. Pierson
Assistant United States Attorney

/s/Sabrina L. Fève
Assistant United States Attorney

/s/Candy Heath
Senior Counsel
Computer Crime and Intellectual Property Section
Department of Justice, Criminal Division