# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JACOB BYCHAK (1),<br>MARK MANOOGIAN (2),<br>MOHAMMED ABDUL QAYYUM (3),<br>PETR PACAS (4),<br><br>　　　　Defendants. | Case No. 18cr04683-GPC<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO EXTEND THE FILING DEADLINE FOR ITS TRIAL EXHIBIT LIST**<br><br>**[ECF No. 392]** |

Having reviewed the Government's Motion to Extend the Filing Deadline for its Trial Exhibit List, and having found good cause, the Court GRANTS the Government's Motion and ORDERS that the deadline for filing its Trial Exhibit List is moved from Friday, April 22, 2022, to Monday, April 25, 2022.

**IT IS SO ORDERED.**

Dated: April 25, 2022

　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge