**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
Thomas H. Bienert, Jr., SBN 135311
James D. Riddet, SBN 39826
Whitney Z. Bernstein, SBN 304917
Carlos A. Nevarez, SBN 324407
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:  (949) 369-3700
Email:  tbienert@bklwlaw.com
        jriddet@bklwlaw.com
        wbernstein@bklwlaw.com
        cnevarez@bklwlaw.com

*Attorneys For Mohammed Abdul Qayyum*

**WIECHERT, MUNK &
GOLDSTEIN, PC**
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA  92675
Telephone:  (949) 361-2822
Email:  dwiechert@aol.com
        jessica@wmgattorneys.com

*Attorneys For Jacob Bychak*

**BIRD MARELLA BOXER WOLPERT
NESSIM DROOKS LINCENBERG &
RHOW, P.C.**
Gary S. Lincenberg, SBN 123058
Nicole Rodriguez Van Dyk, SBN 261646
Darren L. Patrick, SBN 310727
Alexis A. Wiseley, SBN 330100
1875 Century Park East, Floor 23
Los Angeles, CA 90067
Telephone:  (310) 201-2100
Email:  glincenberg@birdmarella.com
        nvandyk@birdmarella.com
        dpatrick@birdmarella.com
        awiseley@birdmarella.com

*Attorneys For Petr Pacas*

**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
Randy K. Jones, SBN 141711
3580 Carmel Mountain Road, Suite 300
San Diego, Ca 92130
Telephone:  (858) 314-1510
Email:  rkjones@mintz.com

Daniel J. Goodrich, BBO 692624 (Pro Hac)
Ryan Dougherty, BBO 703380 (Pro Hac)
1 Financial Center
Boston, MA 02111
Email:  djgoodrich@mintz.com
        rtdougherty@mintz.com

*Attorneys For Mark Manoogian*

18-cr-04683-GPC

1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB BYCHAK, et al.

    Defendants.

Case No. 3:18-cr-04683-GPC
Hon. Gonzalo P. Curiel

**DEFENDANTS' RESPONSE TO DKT. 419**

18
19
20
21

    The Court ordered Defendants to "submit a brief in camera explaining reciprocal discovery provided to the government." Dkt. 419. Defendants file the instant response on the public docket as none of the information contained herein needs to be maintained *in camera*.

22
23
24

    On March 10, 2022, in compliance with this Court's order at Dkt. 289, Defendants produced more than 1,300 pages of reciprocal discovery. A table summarizing the contents of that production is in the record at Dkt. 352-1.

25
26
27

    This production was litigated during the motions *in limine*. The government filed a motion arguing that "evidence regarding the law should be excluded." Dkt. 352 at 6-7. In response, Defendants explained that the government was "conflat[ing] what was produced

28

in reciprocal discovery as potentially relevant material with what Defendants will determine is necessary to present in their case-in-chief, if at all, at trial. Defendants understand the Federal Rules of Evidence and intend to comply with those rules as it relates to the presentation of evidence to the jury." Dkt. 374 at 7. The Court deferred the motion until trial. Dkt. 382.

On May 12, 2022, in compliance with this Court's order at Dkt. 406, Defendants produced additional reciprocal discovery and an exhibit list. Dkt. 417, 417-1. Defendants' exhibit list did not contain any of the cases, legislative history, or regulations previously produced. At this time, Defendants do not intend to introduce any of this evidence. If, however, the evidence presented in the government's case in chief, and in particular, the testimony of its experts who are expected to opine on whether IP addresses are property and how ARIN interpreted the CAN-SPAM Act of 2003, opens the door to any of Defendants' first tranche of reciprocal discovery, Defendants may deem it necessary to move to admit some of this evidence and can raise it with the Court at that time.

Defendants understand and will comply with the Federal Rules of Evidence and this Court's orders about the admissibility of evidence and the province of the Court versus the jury, and Defendants' exhibit list does not contain any of the first tranche of reciprocal discovery. Should the Court have further questions or require further briefing, Defendants will of course answer and comply with any orders.

Respectfully submitted,

Dated: May 14, 2022

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
James D. Riddet
Whitney Z. Bernstein
Carlos A. Nevarez
*Attorneys for Mohammed Abdul Qayyum*

1    Dated:  May 14, 2022                    **MINTZ LEVIN COHN FERRIS**
2                                            **GLOVSKY AND POPEO, P.C.**

3                                            By:   */s/ Randy K. Jones*
                                                   Randy K. Jones
4                                                  Daniel J. Goodrich (Pro Hac)
                                                   Ryan Dougherty (Pro Hac)
5                                                  *Attorneys for Mark Manoogian*
6

7    Dated:  May 14, 2022                    **WIECHERT, MUNK & GOLDSTEIN, PC**

8                                            By:   */s/ Jessica C. Munk*
                                                   David W. Wiechert
9                                                  Jessica C. Munk
10                                                 *Attorneys for Jacob Bychak*

11   Dated:  May 14, 2022                    **BIRD, MARELLA, BOXER, WOLPERT,**
12                                           **NESSIM, DROOKS, LINCENBERG &**
                                             **RHOW, P.C.**
13

14                                           By:   */s/ Gary S. Lincenberg*
                                                   Gary S. Lincenberg
15                                                 Nicole Rodriguez Van Dyk
                                                   Darren L. Patrick
16                                                 Alexis A. Wiseley
17                                                 *Attorneys for Petr Pacas*

18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' RESPONSE TO DKT. 419

1

## <u>CERTIFICATION OF AUTHORIZATION TO SIGN SIGNATURE</u>

2

The undersigned counsel of record for Mohammed Abdul Qayyum certifies that the

3 content of this document is acceptable to each of the Defendants' counsel whose electronic

4 signature appears thereon, and that I have obtained their authorization to sign this document

5 on their behalf.

6

7                                                          */s/ Whitney Z. Bernstein*

8                                                           Whitney Z. Bernstein

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Fève
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
U.S. Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

Respectfully submitted,

Dated: May 14, 2022                    By:  */s/ Whitney Z. Bernstein*
                                            Whitney Z. Bernstein