RANDY S. GROSSMAN
Acting United States Attorney
MELANIE K. PIERSON
SABRINA L. FEVE
Assistant U.S. Attorneys
California Bar No. 112520/226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7976
Fax: (619) 546-0631
Email:Melanie.Pierson@usdoj.gov/Sabrina.Feve@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br>JACOB BYCHAK (1)<br>MARK MANOOGIAN (2), and<br>ADBUL MOHAMMED QAYYUM, (3)<br><br>          Defendants. | Case No. 18-CR-4683-GPC<br><br>I N F O R M A T I O N<br><br>(Superseding) |

The United States Attorney charges that:

### COUNT 1

On or about between December 2010 and September 2014, within the Southern District of California, defendants JACOB BYCHAK and MARK MANOOGIAN conspired together and with others to knowingly and falsely represent themselves to be the registrant and legitimate successor in interest to the registrant of 5 or more Internet Protocol addresses, and intentionally initiate the transmission of multiple commercial electronic mail messages from such addresses,

in and affecting interstate commerce, in violation of 18 U.S.C. §1037(a)(5) and (b)(3), a misdemeanor.

COUNT 2

On or about between December 2010 and September 2014, within the Southern District of California, defendant ABDUL MOHAMMED QAYYUM did knowingly and falsely represent himself to be the registrant and legitimate successor in interest to the registrant of 5 or more Internet Protocol addresses, and intentionally initiate the transmission of multiple commercial electronic mail messages from such addresses, in and affecting interstate commerce, , in violation of 18 U.S.C. §1037(a)(5) and (b)(3), and 18 U.S.C. §2, a misdemeanor.

DATED: June 8, 2022        Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

Melanie K. Pierson
Assistant United States Attorney

/s/Sabrina L. Fève
Assistant United States Attorney

_____                    _____