WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com
         jessica@wmgattorneys.com

Attorneys for Defendant
Jacob Bychak

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BYCHAK, et al.,<br><br>Defendants. | Case No. 18-CR-04683-GPC<br>Assigned to Hon. Gonzalo P. Curiel<br><br>**DEFENDANT JACOB BYCHAK'S UNOPPOSED MOTION FOR ORDER APPROVING TRAVEL REQUEST; [PROPOSED] ORDER** |

Defendant Jacob Bychak, by and through counsel, Jessica C. Munk, hereby submits this Unopposed Motion for an order modifying Mr. Bychak's bond conditions, permitting him to travel to Delrey Beach, Florida for work from July 31, 2022 through August 5, 2022, and to travel to Washington D.C., and the surrounding areas (Virginia and Maryland), for a family reunion on September 3, 2022 through September 11, 2022, including through all cities which travel is required for flight

1

layovers and any additional days necessitated by flight delays or cancellations, so long as Mr. Bychak provides his Pretrial Services Officer with a copy of his travel itinerary and calls Pretrial Services both prior to departure and upon his return. The basis for this unopposed motion is as follows:

1. On October 31, 2018, Jacob Bychak and his co-defendants Mark Manoogian, Mohammed Abdul Qayyum, and Petr Pacas were charged in a 10-count Indictment for conspiracy to commit violations of the wire fraud statute (18 U.S.C. § 1343), and the CAN-SPAM Act (18 U.S.C. § 1037(a)(5)). Dkt. No. 1.

2. On November 1, 2018, Mr. Bychak was arraigned and released on a $50,000 appearance bond secured by his signature. Dkt. Nos. 12, 15. Mr. Bychak's travel was restricted to the State of California and the State of Hawaii at the discretion of Pretrial Services. Dkt. No. 15.

3. On May 23, 2022, the trial in this case began and, on June 10, 2022, the Court declared a mistrial. Dkt. Nos. 443, 485.

4. On June 10, 2022, Mr. Bychak entered a guilty plea to the Superseding Information, charging conspiracy to violate the CAN-SPAM Act, 18 U.S.C. § 1037(a)(5), (b)(3) and a violation of the CAN-SPAM Act, 18 U.S.C. § 1037(a)(5), (b)(3), both misdemeanors. Dkt. Nos. 479.

5. Mr. Bychak's sentencing hearing is set for October 3, 2022, at 10:30 a.m. Dkt. No. 479.

6. Mr. Bychak recently obtained new employment for a remote position at a company based out of Florida, and he is required to travel to Florida for training from July 31, 2022 through August 5, 2022.

7. Mr. Bychak has a family reunion in the Washington D.C. area from September 3, 2022 through September 11, 2022.

8. Mr. Bychak's Pretrial Services Officer has no objection to these travel requests and defers to the Court.

9. The government has no objection to these travel requests.

                                        Respectfully submitted,

Dated: July 22, 2022         WIECHERT, MUNK & GOLDSTEIN, PC

                                        By:   *s/Jessica C. Munk*
                                                 Jessica C. Munk
                                                 Attorney for Defendant
                                                 Jacob Bychak

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

AUSA Melanie K. Pierson
AUSA Sabrina L. Feve
AUSA Ashley E. Goff
U.S. Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
melanie.pierson@usdoj.gov
sabrina.feve@usdoj.gov
ashley.goff@usdoj.gov

Candina S. Heath
Department of Justice
1301 New York Avenue NW, Suite 600
Washington, DC 20530
candina.heath2@usdoj.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2022, at San Juan Capistrano, California.

s/*Jessica C. Munk*
Jessica C. Munk