# EXHIBIT A

Dear Honorable Judge Curiel,

Jake is the most responsible, kindest, and best person I know.. As his wife, it may seem obvious that I would have these feelings - but he continues to prove it to me and the world day after day. I met him in college at San Diego State through his brother in 2008. We were great friends until we started dating the next year and we haven't looked back since.

He graduated with his bachelor's degree a semester early, and finished his masters degree the next year. His dedication and hard work has never ceased to amaze me. He got his job with a company that would eventually be bought by Amobee, and worked faithfully among a group of friends for a very long time.

Since I've known Jake, he has been a pillar of family - both his and my own. He has repaired other's relationships and supported people when they were at their lowest point. He has taken in multiple friends and family members to live with him/us, expecting nothing in return. When my mother was diagnosed with Leukemia a few years ago, it was without question that he financially supported me while I moved in with her to be her caretaker until she died years later, all the while moving in his own mother with him when she needed a place to stay. It was a difficult time for us to be apart and be dealing separately with such emotional distress. This was also the same time that this case arose.

Recently, we bought his mother a home. She didn't have a place to stay and needed help. Jake, in true character, again rose to the occasion to make sure that she was safe and healthy. Since then, she has been able to regain her health and mend relationships that she had abandoned. You can truly hear the difference in her voice since Jake helped her.

Jake's closest friends are his brothers and father. He facilitated getting his brother, Rick, a job at Amobee years ago and Rick returned the favor recently with his new job at Launch Media Solutions. We have frequent barbecues with his family and we love to gather and catch up.

We have a very tight knit circle of friends who would run to help Jake at the drop of a hat if he needed it - as would he to them. We are very lucky to be surrounded by so many good people.

Another way Jake serves his community is through his involvement with the homeowners association. He gives his time to make the community a consistently better place to live and helps our neighbors time and time again with anything that they might need.

These are all concrete facts that I am writing about. I could use all of the adjectives in the world to describe him, and I will - loving, smart, responsible, kind, consistent, well rounded, understanding... He is the best. This case has been hard on us and we look forward to putting it in our past. I support him 100%, as does our entire sphere of friends and family. We all know of his good heart and his pure intentions. Our future is bright and we look forward to moving on!

Sincerely,

Jean Whearty
9/1/2022