# EXHIBIT B

To Judge Curiel,

I'm writing this letter as a reference for my brother, Jacob Bychak.

Jacob (Jake) and I are quite close. We grew up together in the same household, were only a year apart at the same middle and high school, lived together during our time at the same college in San Diego, and now work closely together as adults. If there was only one person other than Jake's wife that could speak accurately about his character, I would argue very strongly that person would be me.

Professionally, Jake has always been an outstanding person to work with. His work ethic is bar none, he consistently delivers the highest quality of work, and his effort goes above and beyond what his scope requires. Any company would be lucky to have him as an employee given that his output is at least twice that of the average member of the workforce. It's been an absolute pleasure to work alongside Jake while watching him successfully grow in his career.

Personally, as you may imagine, Jake and I get along quite well. We've essentially spent our entire lives together and I have never once questioned Jake to be anything other than an absolute and genuinely good person. To this day, we regularly spend time together. We'll get together with family to hang out, BBQ, and have an overall great time. While together, I've watched him interact with my toddler daughter and it never ceases to warm my heart how his approach is always gentle, yet fun and inviting. I'm a big facilitator of having my children around the people they love, and Jake has always been one of those people.

I know these past few years have been very stressful for Jake and our family not knowing what is going to happen with this case. I know Jake has learned a lot through this process and Jake and our whole family are looking forward to this being behind him. Jake is a person of integrity and good character and I know he has learned from his past mistakes. I support Jake to the fullest degree.

Sincerely,

Rick Bychak

*[signature]*