# EXHIBIT C

September 20, 2022

Dear The Honorable Judge Curiel:

I come before the Court humbled by this case that has spanned the last four years. I am a person of integrity and I fully accept responsibility for my part in this case and am very remorseful for the part I played. This case, which has been my only experience within the criminal justice system, has been very stressful and I can assure the Court that you (nor any other criminal court) will not see me again. I've never been in trouble before and I learned a lot about this process along the way and I will absolutely do my part to never experience it again. I have learned from my errors from when I was younger and will not repeat them.

I am focusing on putting this matter behind me and moving forward so that I may be fully present for my wife, parents, siblings, community, and new employer. Although the last several years have been personally difficult due to this case, I have done my best to still be there for my wife, parents, and brothers and be a source of comfort and support for them, as well as for friends in need. My family and friends have all been extremely supportive of me through this matter and I look forward to putting this matter behind me, not just for my sake, but for their sake and peace of mind as well.

Once again, I am sorry for my conduct and have learned from it. I sincerely appreciate the Court's time and fairness over the last several years.

Sincerely,

Jacob Bychak